THE HONORABLE JUDGE ROBERT S. LASNIK

1

2

3

4

5

6

7

8

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

9

10 | S.L., by and through his parents and
11 | guardians, J.L. and L.L.,

12 |          Plaintiff,                                    Case No.: 2:18-cv-01308-RSL

13 | v.                                                     **NOTICE OF APPEARANCE OF**
                                                           **GWENDOLYN C. PAYTON**
14 | PREMERA BLUE CROSS; AMAZON
     CORPORATE LLC GROUP HEALTH
15 | AND WELFARE PLAN; and
     AMAZON CORPORATE LLC,

16 |          Defendants.

17

18 | TO:          S.L., by and through his parents and guardians, J.L. and L.L., individually;

19 | AND TO:      SIRIANNI YOUTZ SPOONEMORE HAMBURGER, their counsel of record;

20 | AND TO:      THE CLERK OF THE ABOVE ENTITLED COURT.

21 |              NOTICE IS HEREBY GIVEN that Defendants, PREMERA BLUE CROSS;

22 | AMAZON CORPORATE LLC GROUP HEALTH AND WELFARE PLAN; and AMAZON

23 | CORPORATE LLC hereby enter their appearance in the above entitled action by their attorneys,

24 | KILPATRICK TOWNSEND & STOCKTON LLP, Gwendolyn C. Payton without waiving

25 | objections as to improper service or jurisdiction, and respectfully request that all papers and

26

27

NOTICE OF APPEARANCE OF
GWENDOLYN C. PAYTON - 1

1    pleadings in said cause, other than process, be served upon the undersigned attorneys at their

2    office below stated.

3

4            DATED this 10th day of September, 2018, at Seattle, Washington.

5

6                                          KILPATRICK TOWNSEND & STOCKTON LLP

7

8            By   */s/ Gwendolyn C. Payton*
                  Gwendolyn C. Payton, WSBA No. 26752

9                 gpayton@kilpatricktownsend.com
                  Telephone: (206) 626-7713

10                Facsimile: (206) 260-8946

11                *Counsel for Defendants Premera Blue Cross;*
                  *Amazon Corporate LLC Group Health and*

12                *Welfare Plan; and Amazon Corporate LLC*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

1

## CERTIFICATE OF SERVICE

2     I HEREBY CERTIFY that on the 10th day of September, 2018, I electronically filed the

3 foregoing **NOTICE OF APPEARANCE OF GWENDOLYN C. PAYTON** with the Clerk of

4 the Court using the CM/ECF system which sent notification of such filing to the following:

5     **Eleanor Hamburger**
SIRIANNI YOUTZ SPOONEMORE
6     HAMBURGER
701 FIFTH AVENUE, SUITE 2560
7     SEATTLE, WA 98104
206-223-0303
8     Fax: 206-223-0246
Email: ehamburger@sylaw.com
9

10    **Richard E Spoonemore**
SIRIANNI YOUTZ SPOONEMORE
11    HAMBURGER
701 FIFTH AVENUE, SUITE 2560
12    SEATTLE, WA 98104
206-223-0303
13    Fax: 206-223-0246
Email: rspoonemore@sylaw.com
14

15

16    DATED this 10th day of September, 2018.

17                                        **Kilpatrick Townsend & Stockton LLP**

18                                        By:/s/ Gwendolyn C. Payton
                                             Gwendolyn C. Payton, WSBA #26752
19                                           *Counsel for Defendants Premera Blue Cross;*
                                             *Amazon Corporate LLC Group Health and*
20                                           *Welfare Plan; and Amazon Corporate LLC*

21

22

23

24

25

26

27

CERTIFICATE OF SERVICE - 3