The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| S.L., by and through his parents and guardians, J.L. and L.L.,<br><br>                 Plaintiff,<br><br>  v.<br><br>PREMERA BLUE CROSS, AMAZON CORPORATE LLC GROUP HEALTH AND WELFARE PLAN, and AMAZON CORPORATE LLC,<br><br>                 Defendants. | NO. 2:18-cv-01308-RSL<br><br>DECLARATION OF ELEANOR HAMBURGER IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION TO USE PSEUDONYM<br><br>**Noted for Consideration:**<br>**September 21, 2018** |

     I, Eleanor Hamburger, declare under penalty of perjury and in accordance with the laws of the State of Washington and the United States that:

     1.    I am a partner at Sirianni Youtz Spoonemore Hamburger and am one of the attorneys for plaintiff in this action.

     2.    I have provided defense counsel in this matter with the identities of the Plaintiff and his parents. Plaintiff and his parents will participate in discovery, including depositions, subject to an appropriate protective order.

DECLARATION OF ELEANOR HAMBURGER – 1
[Case No. 2:18-cv-01308-RSL]

3. I provided a copy of the proposed Order to this Motion to defense counsel. Defense counsel responded that Defendants do not object to the use of pseudonyms in this litigation.

DATED: September 12, 2018, at Seattle, Washington.

　　　　　　　　　　　　　　　　　　*/s/ Eleanor Hamburger*
　　　　　　　　　　　　　　　　　Eleanor Hamburger (WSBA #26478)
　　　　　　　　　　　　　　　　　ehamburger@sylaw.com

DECLARATION OF ELEANOR HAMBURGER – 2
[Case No. 2:18-cv-01308-RSL]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER
701 FIFTH AVENUE, SUITE 2560
SEATTLE, WASHINGTON  98104
TEL. (206) 223-0303   FAX (206) 223-0246

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

- **Eleanor Hamburger**
  ehamburger@sylaw.com, matt@sylaw.com, stacy@sylaw.com, theresa@sylaw.com

- **Gwendolyn C. Payton**
  GPayton@kilpatricktownsend.com, abianco@kilpatricktownsend.com, irountree@kilpatricktownsend.com

- **Richard E Spoonemore**
  rspoonemore@sylaw.com, matt@sylaw.com, rspoonemore@hotmail.com, stacy@sylaw.com, theresa@sylaw.com

I further certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

- (No manual recipients)

DATED: September 12, 2018, at Seattle, Washington.

　　　　　　　　　　　　　　　　　　　　　*/s/ Eleanor Hamburger*
　　　　　　　　　　　　　　　　　　　　　Eleanor Hamburger (WSBA #26478)
　　　　　　　　　　　　　　　　　　　　　ehamburger@sylaw.com

DECLARATION OF ELEANOR HAMBURGER – 3
[Case No. 2:18-cv-01308-RSL]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER
701 FIFTH AVENUE, SUITE 2560
SEATTLE, WASHINGTON 98104
TEL. (206) 223-0303   FAX (206) 223-0246