The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| S.L., by and through his parents and guardians, J.L. and L.L.,<br><br>                Plaintiff,<br><br>   v.<br><br>PREMERA BLUE CROSS, AMAZON CORPORATE LLC GROUP HEALTH AND WELFARE PLAN, and AMAZON CORPORATE LLC,<br><br>                Defendants. | NO. 2:18-cv-01308-RSL<br><br>**PRAECIPE**<br><br>Noted for Consideration:<br>September 21, 2018 |

TO THE CLERK:

    Please substitute the attached Plaintiff's Unopposed Motion to Use Pseudonym for Docket No. 5. A typographical error has been corrected on page 3.

    DATED: September 12, 2018.

                              SIRIANNI YOUTZ
                              SPOONEMORE HAMBURGER

                              *s/ Eleanor Hamburger*
                              Eleanor Hamburger (WSBA #26478)
                              Richard E. Spoonemore (WSBA #21833)
                              ehamburger@sylaw.com; rspoonemore@sylaw.com
                              Attorneys for Plaintiff S.L.

PRAECIPE – 1
[Case No. 2:18-cv-01308-RSL]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER
701 FIFTH AVENUE, SUITE 2560
SEATTLE, WASHINGTON 98104
TEL. (206) 223-0303   FAX (206) 223-0246

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

- **Eleanor Hamburger**
  ehamburger@sylaw.com, matt@sylaw.com, stacy@sylaw.com, theresa@sylaw.com

- **Gwendolyn C. Payton**
  GPayton@kilpatricktownsend.com, abianco@kilpatricktownsend.com, irountree@kilpatricktownsend.com

- **Richard E Spoonemore**
  rspoonemore@sylaw.com, matt@sylaw.com, rspoonemore@hotmail.com, stacy@sylaw.com, theresa@sylaw.com

I further certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

- (No manual recipients)

DATED: September 12, 2018, at Seattle, Washington.

       */s/ Eleanor Hamburger*
Eleanor Hamburger (WSBA #26478)
ehamburger@sylaw.com

PRAECIPE – 2
[Case No. 2:18-cv-01308-RSL]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER
701 FIFTH AVENUE, SUITE 2560
SEATTLE, WASHINGTON 98104
TEL. (206) 223-0303   FAX (206) 223-0246