The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| S.L., by and through his parents and guardians, J.L. and L.L.,<br><br>Plaintiff,<br><br>v.<br><br>PREMERA BLUE CROSS, AMAZON CORPORATE LLC GROUP HEALTH AND WELFARE PLAN, and AMAZON CORPORATE LLC,<br><br>Defendants. | NO. 2:18-cv-01308-RSL<br><br>[PROPOSED] ORDER RE: PLAINTIFF'S UNOPPOSED MOTION FOR USE OF PSEUDONUM<br><br>**Noted for Consideration:** September 21, 2018 |

Before the Court is Plaintiff's Unopposed Motion for Use of Pseudonym. Plaintiff moves to use the initials "S.L." for the named Plaintiff, "J.L." for his father, and "L.L." for his mother as pseudonyms to ensure that S.L. is not harmed by disclosure of his private health information. Plaintiff also moves to have all personally identifying information of S.L., J.L and L.L. (including but not limited to name, address, social security numbers, etc.) redacted from any exhibits filed with the Court. Having reviewed the parties' submissions and the records and pleadings in this matter, and for good cause shown, it is hereby ORDERED that:

ORDER RE: PLAINTIFF'S UNOPPOSED
MOTION TO USE PSEUDONYM – 1
[Case No. 2:18-cv-01308-RSL]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER
701 FIFTH AVENUE, SUITE 2560
SEATTLE, WASHINGTON 98104
TEL. (206) 223-0303  FAX (206) 223-0246

(1) Plaintiff's motion for use of pseudonyms is GRANTED. All parties shall refer to "S.L." for the named Plaintiff, "J.L." for his father, and "L.L." for his mother in the publicly filed documents in this litigation.

(2) All parties shall redact any publicly filed document to reflect only the initials of the named Plaintiff and that of his parents. All parties shall also redact all personally identifying information of S.L., J.L. and L.L. (including but not limited to their address, telephone numbers and social security numbers) from any exhibits filed with the Court.

IT IS SO ORDERED.

DATED: __Oct. 2__, 2018.

_____
Robert S. Lasnik
United States District Judge

Presented by:

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER

_s/ Eleanor Hamburger_
Eleanor Hamburger (WSBA #26478)
Richard E. Spoonemore (WSBA #21833)
ehamburger@sylaw.com; rspoonemore@sylaw.com
Attorneys for Plaintiff

ORDER RE: PLAINTIFF'S UNOPPOSED
MOTION TO USE PSEUDONYM – 2
[Case No. 2:18-cv-01308-RSL]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER
701 FIFTH AVENUE, SUITE 2560
SEATTLE, WASHINGTON 98104
TEL. (206) 223-0303   FAX (206) 223-0246