# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
UNITED STATES COURTHOUSE
700 STEWART STREET
SEATTLE, WASHINGTON 98101

**ROBERT S. LASNIK**
DISTRICT JUDGE
(206) 370-8810

November 8, 2018

Eleanor Hamburger
Sirianni Youtz Spoonemore Hamburger
701 Fifth Avenue, Suite 2560
Seattle, WA 98104

Gwendolyn C. Payton
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101

**Delivered Via CM/ECF**

  RE: <u>S.L. v. Premera Blue Cross et al.</u>, C18-1308-RSL
     Stipulated Motion for Entry of Protective Order

Dear Counsel:

On November 6, 2018, the Court received your proposed "Stipulated Protective Order." Dkt. #18.

Pursuant to Fed. R. Civ. P. 26(c), protective orders may be entered to protect confidential commercial information and/or to limit the scope of specific disclosures. Such protective orders may issue upon a showing of good cause.

Although parties may agree on confidentiality among themselves, when they request that the Court be involved, the proposed order must be narrowly drawn, identifying both the type of information that is to be protected and, if not obvious, the reason such protection is warranted. The order must also comply with the applicable federal and local procedural rules.

The stipulated protective order submitted in this case is deficient in the following respect:

> The category of "[a]ny other documents or information that should otherwise be subject to confidential treatment pursuant to the Federal Rules of Civil Procedure" is too broad. Any protective order entered by the Court

must identify the class or type of documents subject to the order, and
explain the need for confidentiality if not apparent from the context.

The agreed protective order received by the Court will remain lodged in the file, but will not be entered. The parties may resubmit a proposed order if they remedy the deficiency identified in this letter.

Sincerely,

Robert S. Lasnik
United States District Judge