Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| S.L., by and through his parents and guardians, J.L. and L.L., <br><br> Plaintiff, <br><br> v. <br><br> PREMERA BLUE CROSS, AMAZON CORPORATE LLC GROUP HEALTH AND WELFARE PLAN, and AMAZON CORPORATE LLC, <br><br> Defendants. | NO. 2:18-cv-01308-RSL <br><br> STIPULATION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE <br><br> **Noted for Consideration:** <br>   April 11, 2019 |

**I. STIPULATION**

The parties, by and through their counsel, stipulate to an extension of the deadlines in the case scheduling order of approximately sixty (60) days, subject to the Court's approval and availability. *See* Dkt. No. 17.

When the parties proposed the current case scheduling order, plaintiff's counsel anticipated participating in a three-week trial in the eastern district of Washington in Spokane beginning on May 28, 2019. *See Empire Health Foundation v. CHS, et al.*, No. 2:17-cv-00209-SMJ. The parties agreed to a schedule that ensured that the discovery cutoff and dispositive motion deadline in this case occurred after the anticipated *Empire* trial so that Plaintiff's counsel would have sufficient legal resources to address these two

STIPULATION AND [PROPOSED]
ORDER MODIFYING CASE SCHEDULE – 1
[Case No. 2:18-cv-01308-RSL]

Sirianni Youtz
Spoonemore Hamburger pllc
701 Fifth Avenue, Suite 2560
Seattle, Washington 98104
Tel. (206) 223-0303   Fax (206) 223-0246

deadlines. On December 12, 2018, the court in the *Empire* case changed the trial date to August 12, 2019. *See id.*, Dkt. No. 66. As a result of this change, the close of discovery and deadline for filing dispositive motions in this case now overlap with the trial preparation, pre-trial deadlines and trial in the *Empire* case.

The parties have met and conferred about the schedule, and stipulate to an extension with the following proposed deadlines, so that they again occur after the *Empire* trial:

| | |
|---|---|
| Report from expert witnesses under FRCP 26(a)(2) due: | July 12, 2019 |
| Discovery completed by: | October 4, 2019 |
| Settlement conference by: | October 18, 2019 |
| Dispositive motion cutoff: | November 8, 2019 |
| Motions in limine due by: | January 10, 2020 |
| Agreed pretrial order due: | January 24, 2020 |
| Pretrial conference to be scheduled by the Court: | _____ |
| Trial briefs and trial exhibits due: | January 31, 2020 |
| Trial (1 day) on or after (at the Court's convenience): | February 10, 2020 |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: April 11, 2019.

KILPATRICK TOWNSEND
& STOCKTON LLP

   */s/ Gwendolyn C. Payton*
Gwendolyn C. Payton (WSBA # 26752)

Attorneys for Defendant
Premera Blue Cross

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC

   */s/ Eleanor Hamburger*
Eleanor Hamburger (WSBA #26478)
Richard E. Spoonemore (WSBA #21833)

MEGAN E. GLOR, ATTORNEYS AT LAW

   */s/ Megan E. Glor*
Megan E. Glor (*Admitted Pro Hac Vice*)

Attorneys for Plaintiff S.L.

STIPULATION AND [PROPOSED]
ORDER MODIFYING CASE SCHEDULE – 2
[Case No. 2:18-cv-01308-RSL]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
701 FIFTH AVENUE, SUITE 2560
SEATTLE, WASHINGTON 98104
TEL. (206) 223-0303   FAX (206) 223-0246

## II.  ORDER

Pursuant to the Stipulation by all parties to modify the case schedule, and for good cause shown, IT IS SO ORDERED that the case schedule, Dkt. No. 17, is modified as follows:

| | |
|---|---|
| Report from expert witnesses under FRCP 26(a)(2) due: | July 12, 2019 |
| Discovery completed by: | October 4, 2019 |
| Settlement conference by: | October 18, 2019 |
| Dispositive motion cutoff: | November 8, 2019 |
| Motions in limine due by: | January 10, 2020 |
| Agreed pretrial order due: | January 24, 2020 |
| Pretrial conference to be scheduled by the Court: | _____ |
| Trial briefs and trial exhibits due: | January 31, 2020 |
| Trial (1 day) on: | February 10, 2020 |

DATED this _____ day of _____, 2019.

_____
ROBERT S. LASNIK
United States District Judge

Presented by:

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC

  /s/ Eleanor Hamburger
Eleanor Hamburger (WSBA # 26478)
Richard E. Spoonemore (WSBA #21833)

MEGAN E. GLOR, ATTORNEYS AT LAW

  /s/ Megan E. Glor
Megan E. Glor (*Admitted Pro Hac Vice*)

Attorneys for Plaintiff

STIPULATION AND [PROPOSED]
ORDER MODIFYING CASE SCHEDULE – 3
[Case No. 2:18-cv-01308-RSL]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
701 FIFTH AVENUE, SUITE 2560
SEATTLE, WASHINGTON 98104
TEL. (206) 223-0303   FAX (206) 223-0246

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

- **Megan E Glor**
  megan@meganglor.com; robert@meganglor.com

- **Eleanor Hamburger**
  ehamburger@sylaw.com, matt@sylaw.com, stacy@sylaw.com, theresa@sylaw.com

- **Gwendolyn C. Payton**
  GPayton@kilpatricktownsend.com, abianco@kilpatricktownsend.com, irountree@kilpatricktownsend.com

- **Richard E Spoonemore**
  rspoonemore@sylaw.com, matt@sylaw.com, rspoonemore@hotmail.com, stacy@sylaw.com, theresa@sylaw.com

I further certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

- (No manual recipients)

DATED: April 11, 2019, at Seattle, Washington.

                              */s/ Eleanor Hamburger*
                              Eleanor Hamburger (WSBA #26478)
                              ehamburger@sylaw.com

STIPULATION AND [PROPOSED]
ORDER MODIFYING CASE SCHEDULE – 4
[Case No. 2:18-cv-01308-RSL]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
701 FIFTH AVENUE, SUITE 2560
SEATTLE, WASHINGTON 98104
TEL. (206) 223-0303   FAX (206) 223-0246