THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| S.L. by and through his parents and guardians, J.L. and L.L.,<br><br>Plaintiff,<br><br>v.<br><br>PREMERA BLUE CROSS, AMAZON CORPORATE LLC GROUP HEALTH AND WELFARE PLAN, and AMAZON CORPORATE LLC,<br><br>Defendants. | Case No. 2:18-cv-01308-RSL<br><br>**DECLARATION OF MEGAN E. GLOR IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL PRODUCTION** |

I, Megan E. Glor, hereby declare that the following statements are true and based upon personal knowledge:

1. I am one of the lawyers representing the Plaintiff in this case.

2. Attached as Exhibit A is a copy of the 2015 InterQual® Residential & Community-Based Treatment Criteria provided by Defendants in their "Administrative Record."

/ /

/ /

**DECLARATION OF MEGAN E. GLOR IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL PRODUCTION**
[Case No. 2:18-cv-01308-RSL]

3. Attached as Exhibit B is a copy of Plaintiff's Second Requests for Production of Documents, served upon Defendants through their counsel on or about June 14, 2019.

4. Attached as Exhibit C is a copy of Defendants' Objections and Responses to Plaintiff's Second Requests for Production of Documents, served on or about July 16, 2019.

5. Attached as Exhibit D is a copy of a report by Louis J. Krause, M.D., dated September 4, 2019, regarding S.L.'s claim at issue in this case ("S.L.'s claim).

6. Attached as Exhibit E is a copy of a Premera Blue Cross/Blue Shield ("Premera") document entitled "Notification Form", the pre-authorization request submitted by Catalyst regarding S.L.'s claim.

7. Attached as Exhibit F is a copy of a letter dated May 16, 2016, by Premera denying S.L.'s claim.

8. Attached as Exhibit G is a copy of notes produced by Defendants regarding S.L.'s claim.

9. Attached as Exhibit H is a copy of a letter of appeal dated September 19, 2016 regarding S.L.'s claim.

10. Attached as Exhibit I is a copy of a letter by Northwest Behavioral Healthcare Specialists dated February 7, 2016 regarding S.L.'s claim.

11. Attached as Exhibit J is a copy of an Evoke Discharge Summary dated 5/16/17 regarding S.L.'s claim.

**DECLARATION OF MEGAN E. GLOR IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL PRODUCTION**
[Case No. 2:18-cv-01308-RSL]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON  98121
TEL. (206) 223-0303  FAX (206) 223-0246

12. Attached as Exhibit K is a copy of a document dated September 26, 2016, by Medical Review Institute of America regarding S.L.'s claim.

13. Attached as Exhibit L is a copy of a letter dated November 16, 2016 regarding S.L.'s claim.

14. Attached as Exhibit M is a copy of a letter dated September 26, 2016, by Premera regarding S.L.'s claim.

15. Attached as Exhibit N is a copy of a letter dated October 25, 2015, by Catalyst's Lisa Ann Dickman, LCSW, regarding S.L.'s claim.

16. Attached as Exhibit O is a copy of a letter dated December 20, 2016, by Premera regarding S.L.'s claim.

17. Attached as Exhibit P is a copy of a printout of e-mail communications, including dated December 18, 2016 and December 19, 2016, regarding S.L.'s claim.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

**DECLARATION OF MEGAN E. GLOR IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL PRODUCTION**
[Case No. 2:18-cv-01308-RSL]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303  FAX (206) 223-0246

18. On or about July 19, 2019 and July 24, 2019, Gwendolyn Payton, Defendants' counsel, and I conferred by telephone regarding the parties' discovery dispute presented in this motion. We did not reach agreement regarding the dispute, but agreed to a timeline for briefing the dispute.

19. In conferring with Ms. Payton, she and I agreed, based upon my request, that the present dispute be submitted to the Court by way of a motion to compel filed on behalf of Plaintiff rather than by a motion for a protective order filed by Defendants.

DATED:  September 19, 2019.

                                        MEGAN E. GLOR ATTORNEYS AT LAW

                                          *s/ Megan E. Glor*
                                    Megan E. Glor (OSB #930178)
                                    (Admitted *pro hac vice*)
                                        707 NE Knott Street, Suite 707
                                        Portland, OR  97212
                                        Tel. (503) 223-7400  ♦ Fax (503) 751-2071
                                        megan@meganglor.com
                                    Attorneys for Plaintiff

**DECLARATION OF MEGAN E. GLOR IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL PRODUCTION**
[Case No. 2:18-cv-01308-RSL]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303  FAX (206) 223-0246

# CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

- **Ada W. Dolph**
  adolph@seyfarth.com, nszymborski@seyfarth.com

- **Megan E. Glor**
  megan@meganglor.com

- **Eleanor Hamburger**
  ehamburger@sylaw.com, matt@sylaw.com, theresa@sylaw.com

- **Gwendolyn C. Payton**
  GPayton@kilpatricktownsend.com, abianco@kilpatricktownsend.com, irountree@kilpatricktownsend.com

- **Richard E. Spoonemore**
  rspoonemore@sylaw.com, matt@sylaw.com, rspoonemore@hotmail.com, theresa@sylaw.com

and I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

- (No manual recipients)

DATED:  September 19, 2019, at Portland, Oregon.

      s/ Megan E. Glor
      Megan E. Glor
      megan@meganglor.com

**DECLARATION OF MEGAN E. GLOR IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL PRODUCTION**
[Case No. 2:18-cv-01308-RSL]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303  FAX (206) 223-0246