THE HONORABLE Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| S.L. by and through his parents and guardians, J.L. and L.L., <br><br> Plaintiffs <br><br> v. <br><br> PREMERA BLUE CROSS, AMAZON CORPORATE LLC GROUP HEALTH AND WELFARE PLAN, and AMAZON CORPORATE LLC, <br><br> Defendant. | Case No. 2:18-cv-01308-RSL <br><br> **NOTICE OF CHANGE OF NOTING DATE** |

TO:         Clerk of the Court

AND TO:    All Defendants and their Counsel of Record

Please take notice that Plaintiff's Motion to Compel has been re-noted for Thursday, October 24, 2019.

/ /

/ /

/ /

**Page 1 - NOTICE OF CHANGE OF NOTING DATE**
**(No. 2:18-cv-01308-RSL)**

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR  97212
503-223-7400

Dated September 25, 2019

        <u>s/ Megan E. Glor</u>
        Megan E. Glor, OSB # 930178
        (Admitted *pro hac vice*)
         707  NE Knott Street, Suite 101
         Porltand, OR  97212
         Tel. (503) 223-7400  Fax. (503) 751-2071
         megan@meganglor.com
        Attorneys for Plaintiff

**Page 2 - NOTICE OF CHANGE OF NOTING DATE**
**(No. 2:18-cv-01308-RSL)**

        Megan E. Glor, Attorneys at Law
        707 NE Knott Street, Suite 101
         Portland, OR  97212
          503-223-7400

**CERTIFICATE OF SERVICE**

 I hereby certify that on September 25, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

- **Ada W. Dolph**
  adolph@seyfarth.com, nszymborski@seyfarth.com

- **Megan E. Glor**
  megan@meganglor.com

- **Eleanor Hamburger**
  ehamburger@sylaw.com, matt@sylaw.com, theresa@sylaw.com

- **Gwendolyn C. Payton**
  GPayton@kilpatricktownsend.com, abianco@kilpatricktownsend.com, irountree@kilpatricktownsend.com

- **Richard E. Spoonemore**
  rspoonemore@sylaw.com, matt@sylaw.com, rspoonemore@hotmail.com, theresa@sylaw.com

and I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

- (No manual recipients)

 DATED: September 25, 2019, at Portland, Oregon.

                 _ s/ Megan E. Glor_
                 Megan E. Glor
                 megan@meganglor.com

**Page 3 - NOTICE OF CHANGE OF NOTING DATE**
**(No. 2:18-cv-01308-RSL)**

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR  97212
503-223-7400

**Page 4 - NOTICE OF CHANGE OF NOTING DATE**
**(No. 2:18-cv-01308-RSL)**

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR  97212
503-223-7400