THE HONORABLE JUDGE ROBERT S. LASNIK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

S.L., by and through his parents and guardians, J.L. and L.L.,

Plaintiff,

v.

PREMERA BLUE CROSS, AMAZON CORPORATE LLC GROUP HEALTH AND WELFARE PLAN, and AMAZON CORPORATE LLC,

Defendants.

Case No.: 2:18-cv-01308-RSL

**ORDER GRANTING JOINT STIPULATED MOTION FOR EXTENSION OF TIME TO FILE CROSS MOTIONS FOR SUMMARY JUDGMENT**

THIS MATTER having come before the below-signed Judge of the above-entitled Court upon Parties Joint Stipulated Motion or Extension of Time to File Cross Motions for Summary Judgment and the Court having considered the motion and the pleadings in this matter, and it appearing to be in the best interest of the case, therefore,

IT IS HEREBY ORDERED that Parties Joint Stipulated Motion for Extension of Time to File Cross Motions for Summary Judgment is GRANTED. Parties shall file their briefs as stated below:

ORDER GRANTING JOINT STIPULATED MOTION FOR
EXTENSION OF TIME TO FILE CROSS MOTIONS FOR
SUMMARY JUDGMENT - 1

KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713  FAX: (206) 260-8946

- Opening briefs due:  January 24, 2020

- Opposition briefs due:  February 24, 2020

- Reply briefs due:  March 16, 2020

- The Cross Motions for Summary Judgment shall be noted on the Court's calendar for:  March 20, 2020

DATED this 19th day of November, 2019.

_____
Robert S. Lasnik
United States District Judge

ORDER GRANTING JOINT STIPULATED MOTION FOR
EXTENSION OF TIME TO FILE CROSS MOTIONS FOR
SUMMARY JUDGMENT - 2

KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713  FAX: (206) 260-8946