THE HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| S.L. by and through his parents and guardians, J.L. and L.L., <br><br> Plaintiffs <br><br> v. <br><br> PREMERA BLUE CROSS, AMAZON CORPORATE LLC GROUP HEALTH AND WELFARE PLAN, and AMAZON CORPORATE LLC, <br><br> Defendant. | Case No. 2:18-cv-01308-RSL <br><br> [PROPOSED] ORDER GRANTING JOINT STIPULATED MOTION FOR EXTENSION OF TIME TO HOLD SETTLEMENT CONFERENCE |

THIS MATTER having come before the below-signed Judge of the above-entitled Court upon Parties Joint Stipulated Motion For Extension Of Time To Hold Settlement Conference and the Court having considered the motion and the pleadings in this matter, and it appearing to be in the best interest of the case, therefore,

IT IS HEREBY ORDERED that the Parties Joint Stipulated Motion For Extension Of Time To Hold Settlement Conference is GRANTED.

/ /

Page 1 - [PROPOSED] ORDER GRANTING JOINT
STIPULATED MOTION FOR EXTENSION
OF TIME TO HOLD SETTLEMENT CONFERENCE
(No. 2:18-cv-01308-RSL)

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR 97212
503-223-7400

DATED this 19th day of November, 2019

_____
ROBERT S. LASNIK

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Page 2 - [PROPOSED] ORDER GRANTING JOINT STIPULATED MOTION FOR EXTENSION OF TIME TO HOLD SETTLEMENT CONFERENCE (No. 2:18-cv-01308-RSL)

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR 97212
503-223-7400