THE HONORABLE JUDGE ROBERT S. LASNIK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| S.L., by and through his parents and guardians, J.L. and L.L.,<br><br>Plaintiff,<br><br>v.<br><br>PREMERA BLUE CROSS, AMAZON CORPORATE LLC GROUP HEALTH AND WELFARE PLAN, and AMAZON CORPORATE LLC,<br><br>Defendants. | Case No.: 2:18-cv-01308-RSL<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATED MOTION FOR BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO STRIKE REPORT OF DR. LOUIS J. KRAUS (DKT. 38) |

THIS MATTER having come before the below-signed Judge of the above-entitled Court upon Parties Joint Stipulated Motion for Briefing Schedule on Defendants' Motion to Strike Report of Dr. Louis J. Kraus (Dkt. 38) and the Court having considered the motion and the pleadings in this matter, and it appearing to be in the best interest of the case, therefore,

IT IS HEREBY ORDERED that Parties Joint Stipulated Motion for Briefing Schedule on Defendants' Motion to Strike Report of Dr. Louis J. Kraus (Dkt. 38) is GRANTED. Parties shall file their briefs as stated below:

[PROPOSED] ORDER GRANTING JOINT STIPULATED
MOTION FOR BRIEFING SCHEDULE ON DEFENDANTS'
MOTION TO STRIKE REPORT OF DR. LOUIS J. KRAUS
KILPATRICK TOWNSEND 727461421
(DKT. 38) - 1

KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713  FAX: (206) 260-8946

- Opposition brief due December 16, 2019
- Reply brief due December 20, 2019

DATED this 5th day of December, 2019.

_____
ROBERT S. LASNIK

[PROPOSED] ORDER GRANTING JOINT STIPULATED
MOTION FOR BRIEFING SCHEDULE ON DEFENDANTS'
MOTION TO STRIKE REPORT OF DR. LOUIS J. KRAUS
(DKT. 38) - 2

KILPATRICK TOWNSEND 727461421

KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713 FAX: (206) 260-8946