THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| S.L. by and through his parents and guardians, J.L. and L.L.,<br><br>Plaintiffs,<br><br>v.<br><br>PREMERA BLUE CROSS, AMAZON CORPORATE LLC GROUP HEALTH AND WELFARE PLAN, and AMAZON CORPORATE LLC,<br><br>Defendants. | Case No. 2:18-cv-01308-RSL<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY** |

Pursuant to LCR 7(n), plaintiff hereby brings to the Court's attention the following supplemental authority with regard to her pending Motion to Compel Production (Dkt. #28, filed 9/19/19): *Doe v. Intermountain Healthcare, Inc.*, No. 2:18-cv-00807-RJS-JCB, 2020 U.S. Dist. LEXIS 112772, *1, 6-7 (D. Utah June 26, 2020) (overruling defendant's objection to "Magistrate Judge's Memorandum Decision and Order (Order), granting Plaintiff Jane Doe's Motion to Conduct Discovery relevant to her Employee

**Page 1 - NOTICE OF SUPPLEMENTAL AUTHORITY**
**(No. 2:18-cv-01308-RSL)**

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR 97212
503-223-7400

Retirement Income Security Act (ERISA) and Mental Health Parity and Addiction Equity Act (Parity Act) claims", concluding "Specifically, the [Magistrate Judge's] Order explains that the documents Plaintiff requests 'relate to the interpretation of the plan and are therefore relevant to how the plan is operated.' It clarifies that access to these documents supports two ERISA purposes: that (1) ERISA disputes are resolved inexpensively and expeditiously and (2) plan participants have information concerning how the plan administrator interprets and administrates the plan. And it further identifies how Plaintiff's claim that Defendants improperly withheld documents would be impossible to prove without engaging in some degree of discovery. Thus, the Order is based on sound reasoning and is not clearly erroneous.").

Dated July 1, 2020

s/ Megan E. Glor
Megan E. Glor, OSB # 930178
(Admitted *pro hac vice*)
 707  NE Knott Street, Suite 101
 Portland, OR  97212
 Tel. (503) 223-7400  Fax. (503) 751-2071
 megan@meganglor.com
Attorneys for Plaintiff

Page 2 - NOTICE OF SUPPLEMENTAL AUTHORITY
(No. 2:18-cv-01308-RSL)

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR  97212
503-223-7400

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

- **Lisa M.C. Elizondo**
  lelizondo@kilpatricktownsend.com

- **Megan E. Glor**
  megan@meganglor.com

- **Eleanor Hamburger**
  ehamburger@sylaw.com, matt@sylaw.com, theresa@sylaw.com

- **Gwendolyn C. Payton**
  GPayton@kilpatricktownsend.com, abianco@kilpatricktownsend.com, irountree@kilpatricktownsend.com

- **Richard E. Spoonemore**
  rspoonemore@sylaw.com, matt@sylaw.com, rspoonemore@hotmail.com, theresa@sylaw.com

and I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

- (No manual recipients)

DATED: July 1, 2020, at Portland, Oregon.

                                                                     s/ Megan E. Glor
                                                                     Megan E. Glor
                                                                   megan@meganglor.com

**Page 3 - NOTICE OF SUPPLEMENTAL AUTHORITY**

**(No. 2:18-cv-01308-RSL)**

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR 97212
503-223-7400