The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| S.L., by and through his parents and guardians, J.L. and L.L., <br><br> Plaintiff, <br><br> v. <br><br> PREMERA BLUE CROSS, AMAZON CORPORATE LLC GROUP HEALTH AND WELFARE PLAN, and AMAZON CORPORATE LLC, <br><br> Defendants. | NO.  2:18-cv-01308-RSL <br><br> STIPULATION AND ORDER RE: PLAINTIFF'S MOTION TO COMPEL RULE 30(b)(6) DEPOSITION |

**I.  STIPULATION**

The parties, by and through their counsel, stipulate to the following briefing schedule for Plaintiff's anticipated Motion to Compel Deposition of Defendant Premera Blue Cross pursuant to Fed. R. Civ. P. 30(b)(6).

The parties have met and conferred about the proposed deposition and have been unable to reach an agreement regarding it.  The parties agree that this issue is ripe for determination by the Court according to the following schedule:

Plaintiff's Motion to Compel shall be filed on or before Friday, February 19, 2021 and noted for consideration on March 26, 2021.

STIPULATION AND ORDER RE: MOTION TO
COMPEL RULE 30(b)(6) DEPOSITION - 1
[Case No. 2:18-cv-01308-RSL]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON  98121
TEL. (206) 223-0303   FAX (206) 223-0246

Defendants' responsive briefing shall be filed on or before Friday, March 12, 2021.

Plaintiff's reply briefing shall be filed on or before Friday, March 26, 2021.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: January 8, 2021.

| KILPATRICK TOWNSEND & STOCKTON LLP | SIRIANNI YOUTZ SPOONEMORE HAMBURGER PLLC |
|---|---|
| /s/ Gwendolyn C. Payton | /s/ Eleanor Hamburger |
| Gwendolyn C. Payton (WSBA # 26752) | Eleanor Hamburger (WSBA #26478) |
| Attorneys for Defendant Premera Blue Cross | Richard E. Spoonemore (WSBA #21833) |

MEGAN E. GLOR, ATTORNEYS AT LAW

   /s/ Megan E. Glor
Megan E. Glor (*Admitted Pro Hac Vice*)

Attorneys for Plaintiff S.L.

STIPULATION AND ORDER RE: MOTION TO
COMPEL RULE 30(b)(6) DEPOSITION - 2
[Case No. 2:18-cv-01308-RSL]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303  FAX (206) 223-0246

## II.  ORDER

Pursuant to the Stipulation by all parties and for good cause shown, IT IS SO ORDERED that Plaintiff's Motion to Compel Rule 30(b)(6) Deposition of Premera Blue Cross shall be considered according to the following schedule:

Plaintiff's Motion to Compel shall be filed on or before February 19, 2021 and noted for consideration on March 26, 2021.

Defendants' responsive briefing shall be filed on or before March 12, 2021.

Plaintiff's reply briefing shall be filed on or before March 26, 2021.

DATED this __11th__ day of __January__, 2021.

_/s/ Robert S. Lasnik_
ROBERT S. LASNIK
United States District Judge

Presented by:

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC

___/s/ Eleanor Hamburger___
Eleanor Hamburger (WSBA # 26478)
Richard E. Spoonemore (WSBA #21833)

MEGAN E. GLOR, ATTORNEYS AT LAW

___/s/ Megan E. Glor___
Megan E. Glor (*Admitted Pro Hac Vice*)

Attorneys for Plaintiff

STIPULATION AND ORDER RE: MOTION TO COMPEL RULE 30(b)(6) DEPOSITION - 3
[Case No. 2:18-cv-01308-RSL]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246