THE HONORABLE JUDGE ROBERT S. LASNIK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

S.L., by and through his parents and guardians, J.L. and L.L.,

   Plaintiffs,

v.

PREMERA BLUE CROSS; AMAZON CORPORATE LLC GROUP HEALTH AND WELFARE PLAN; AND AMAZON CORPORATE LLC,

   Defendants.

Case No.: 2:18-cv-01308-RSL

**DECLARATION OF GWENDOLYN C. PAYTON IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**NOTE ON MOTION CALENDAR: SEPTEMBER 2, 2022**

**ORAL ARGUMENT REQUESTED**

   I Gwendolyn C. Payton, being duly sworn upon oath, deposes and states:

   1. I am counsel for Defendants Premera Blue Cross; Amazon Corporate LLC Group Health and Welfare Plan; and Amazon Corporate LLC in this action. I make this declaration of my personal knowledge in support of Defendants' Motion for Summary Judgment.

   2. Exhibit 1 is a true and accurate copy of the "Catalyst Residential Treatment, LLC" web page from the "Programs for Troubled Teens" website located at https://programsfortroubledteens.com/directory/catalyst-residential-treatment-llc/

   3. Exhibit 2 is a true and accurate copy of the Catalyst website located at https://catalystrtc.com/

DECLARATION OF GWENDOLYN C. PAYTON IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - 1

KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713  FAX: (206) 260-8946

4. Exhibit 3 is a true and accurate copy of the "Wilderness" section of the "Evoke Therapy Programs" website located at https://evoketherapy.com/programs/wilderness-therapy/wilderness-therapy-for-young-adults/

I declare under penalty of perjury that the forgoing is true and correct.

DATED: August 9, 2022

By /s/ Gwendolyn C. Payton
Gwendolyn C. Payton, WSBA No. 26752
gpayton@kilpatricktownsend.com

DECLARATION OF GWENDOLYN C. PAYTON IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - 2

KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA  98101
(206) 626-7713  FAX: (206) 260-8946

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY under the penalty of perjury that on August 9, 2022 I electronically filed the foregoing DECLARATION OF GWENDOLYN C. PAYTON IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

**Megan E Glor**
MEGAN E. GLOR, ATTORNEYS AT LAW
707 NE KNOTT STREET, STE 101
PORTLAND, OR 97212
503-223-7400
Fax: 503-751-2071
Email: megan@meganglor.com

**Eleanor Hamburger**
**Richard E Spoonemore**
SIRIANNI YOUTZ SPOONEMORE HAMBURGER
3101 WESTERN AVENUE STE 350
SEATTLE, WA 98121
206-223-0303
Fax: 206-223-0246
Email: ehamburger@sylaw.com
Email: rspoonemore@sylaw.com

DATED this 9th day of August, 2022.

**Kilpatrick Townsend & Stockton LLP**

By: *s/ Gwendolyn C. Payton*
Gwendolyn C. Payton, WSBA #26752
*Attorneys for Defendants Premera Blue Cross, Amazon Corporate LLC Group Health and Welfare Plan, and Amazon Corporate LLC*