# EXHIBIT 1

More Info (https://programsfortroubledteens.com/contact/) | (844) 632-2992 (tel:8446322992)

# Catalyst Residential Treatment, LLC

★ (https://programsfortroubledteens.com/directory/?w2dc_action=myfavourites)

Home (https://programsfortroubledteens.com/directory/) » Catalyst Residential Treatment, LLC
dfmyurl.com/?orientation=portrait&url=https://programsfortroubledteens.com/directory/catalyst-residential-treatment-llc/?w2dc_action=pdflisting)



 ()

()

**Address:**
Utah, USA 84302-6711

**Description:**
Catalyst helps young men integrate into a healthy lifestyle while developing valuable life skills and hobbies.
Our program has been designed to create a home-like setting that puts boys at ease as they work through the issues that have often created emotional distress for them and their families. Returning balance to your family and son through our Core Elements is our goal and forms the bedrock of our program.

We feel it is important to provide students with a balanced life-style. The right mix of therapy, recreation, art, music, academics, and experiential opportunities create an environment that is truly unique to Catalyst. Because of Catalyst's intimate setting, we are able to individualize our approach to better fit your son's needs. While this is a difficult time, we are committed to helping your family heal.

The natural setting of the Catalyst home provides a restorative effect for youth and visitors, with inspiring views of the Wasatch Mountains to the east and vast open lands to the west. One question you should ask yourself when you leave any program is, "how did that place feel?" Catalyst does not want an "institutional" feel to our home. At Catalyst, we strive for a positive home-like atmosphere to help the boys feel accepted and comfortable as they work through their treatment. We also use a relationship-based model of management rather than compliance-or reward-based. The staff is upbeat, caring and professional, and foster positive relationships to invite and assist change. The natural setting and caring relationships are very important catalysts for change.

We are conveniently located about 50 minutes north of the Salt Lake International Airport
The Catalyst Campus has two homes housing 24 students each. Each home contains a large living area, dinning area, kitchen, educational space, shared bed rooms.

**Admissions Contact Name:** Jordan Larsen
**Email:** jordan@catalystrtc.com (mailto:jordan@catalystrtc.com)

AGES 13-18 🏷 (https://programsfortroubledteens.com/directory/business-category/ages-13-18/)

## CONTACT INFORMATION

📞 **Phone:**          (435) 723-4600 (tel:(435) 723-4600)

🌐 **Website:**          view our site (http://catalystrtc.com/)

Case 2:18-cv-01308-RSL  Document 60-1  Filed 08/09/22  Page 3 of 3

More Info (https://programsfortroubledteens.com/contact/) | (844) 632-2992 (tel:8446322992)

Report

## Send message to moderator

**Contact Name** *

**Contact Email** *

**Your message** *

Send message



ABOUT US

Programs For Troubled Teens is one of the leading therapeutic resources for families and teens seeking help for emotional, behavioral, and psychological challenges. We understand how difficult it is for parents and loved ones to see young people struggle. We help connect families to the solutions they are looking for and provide insight into the therapeutic challenges your child is struggling with.

LATEST BLOG POST



(https://programsfortroubledteens.com/the-power-of-nature-4-benefits-of-outdoor-therapy-for-teens/)

The Power of Nature: 4... (https://programsfortroubledteens.com/the-power-of-nature-4-benefits-of-outdoor-therapy-for-teens/)
9 July, 2018 | by Therapy_program (https://programsfortroubledteens.com/author/therapy_program/)



(https://programsfortroubledteens.com/gaming-addiction-in-teens-issue/)

Gaming Addiction in Teens Becoming... (https://programsfortroubledteens.com/gaming-addiction-in-teens-issue/)
10 July, 2018 | by Therapy_program (https://programsfortroubledteens.com/author/therapy_program/)



(https://programsfortroubledteens.com/3-ways-teen-treatment-programs-help/)

Is Your Child Struggling? 3... (https://programsfortroubledteens.com/3-ways-teen-treatment-programs-help/)
11 July, 2018 | by Therapy_program (https://programsfortroubledteens.com/author/therapy_program/)

CONTACT US

**Address : 5830 E Calle Del Ciervo  Tucson, AZ 85750**
**Email**: Admin@programsfortroubledteens.com
**Phone:** (844) 632-2992