# **EXHIBIT 2**



THE RIGHT ENVIRONMENT CAN CREATE THE RIGHT
KIND OF CHANGE







## HEALTHY
## LIFESTYLE

Our program has been designed to create a
home-like setting that puts boys at ease as they
work through the issues that have often created
emotional distress for them and their families.
Returning balance to your family and son
through our Core Elements is our goal and
forms the bedrock of our program.



## INDIVIDUAL APPROACH

We feel it is important to provide students with a balanced life-style. The right mix of therapy, recreation, art, music, academics, and experiential opportunities create an environment that is truly unique to Catalyst. Because of Catalyst's intimate setting, we are able to individualize our approach to better fit your son's needs. While this is a difficult time, we are committed to helping your family heal.







# LEARN MORE



### SETTING

At Catalyst, we strive for a positive home-like atmosphere to help the boys
feel accepted and comfortable as they work through their treatment.
Catalyst does not want an "institutional" feel to our home.



### PROGRAM

Each student receives a minimum of 15 hours of therapeutic treatment
weekly. In addition, each student participates in 10-12 hours of experiential
activities with one or more licensed therapists.



### PEOPLE

Catalyst is owner operated, which contributes to the high-level of treatment
and care for each boy and family. The staff is upbeat, caring and
professional, and foster positive relationships to invite and assist change.



All Rights Reserved. 2019



Select Page

## ADMISSIONS
## THE RIGHT FIT FOR YOUR FAMILY

Catalyst is dedicated to state-of-the-art treatment and unparalleled
customer service. Please email Jordan Larsen or Jo Mitchell or call
our main number and we will contact you as soon as possible to
discuss your son and family's treatment needs. If you feel we cannot
help you, we will work with you to find the program that will best
meet your needs.



OFFICE CONTACT

970 South 1025 West | Brigham City, UT

Phone: (435) 723-4600

Fax: (435) 723-4700

Email:  info@catalystrtc.com



JORDAN LARSEN

Admission Director | Therapist

Phone: (801) 243-5869

Email:  jordan@catalystrtc.com



JO MITCHELL

Admission Coordinator

Phone: (951) 252-5103

Email:  jo@catalystrtc.com









We specialize in treating struggles with:
- Low Self-Esteem

- Anxiety
- Depression
- Substance Addiction, Misuse, and Abuse

Exclusionary Disorders:
- Severe Psychosis
- Serious Medical Illness
- Severe Conduct Disorders
- Serious Assaultive Behavior
- Serious Mental Impairment
- History of Sexual Perpetration
- Serious Gang Involvement

Coexisting Disorders:
- ADHD
- Suicidal Ideation
- Trauma
- Relational Problems
- Low Frustration Tolerance
- Adoption Issues
- Self Injurious
- Eating Disorders



All Rights Reserved. 2019



Select Page ☰



## CONTACT US

PHONE
(435) 723-4600

FAX
(435) 723-4700

EMAIL
info@catalystrtc.com

## EASILY ACCESSIBLE

The Catalyst residential treatment center is
conviently located about fifty minutes north of
the Salt Lake City international airport. Our
treatment center is located  970 South 1025 West
Brigham City, UT 84302.  For employment
opportunities email us at   hr@catalystrtc.com   or
call (435) 723-4600.









All Rights Reserved, 2019



Select Page

## PROGRAM
## THERAPEUTIC TREATMENT

Each student receives a minimum of 15 hours of therapeutic
treatment weekly. In addition, each student participates in 10-12
hours of experiential activities weekly.

Your son will receive 15 hours of individualized treatment weekly
which includes:

### 3 HOURS TREATMENT
With the option of an individual or family session.

### 5 HOURS GROUP THERAPY
With a licensed therapist and catalyst residents.

### 7-8 HOURS EXPERIENTIAL RECREATION
Designed to maximize your son's treatment.

### DAILY PARTICIPATION RECOVERY & SPECIALIZED
### GROUPS
Includes addictive behaviors; men's issues; music therapy; emotional
discovery; problem solving; life skills.

### THE SEVEN CHALLENGES® PROGRAM
A specialized program that Catalyst employs to help each student work
through their issues related to drug use and addictive behaviors.

### 10-12 HOURS EXPERIENTIAL ACTIVITIES
We refer to these activities as "Challenge by Choice." While not counted as
therapy, we believe that this is some of the most valuable time we spend
with the students.

## HOLLISTIC APPROACH

At Catalyst, we believe that boys are most likely to find health and happiness when they achieve balance in six Core Elements of life: family, heart, soul, mind, body, and friends. Our program is comprehensively designed to help boys and their families gain balance and well-being in these elements.









OUR ENVIRONMENT IS TRULY ONE THAT IS
FOCUSED ON THE WELL-BEING OF YOUR SON
AND HIS ABILITY TO MAINTAIN A HEALTHY
LIFESTYLE.

## MILIEU-GROUP ENVIRONMENT

Catalyst is a relationship-based program where fostering positive relationships is our ultimate goal. We view behavior as an outward expression of inward thoughts and feelings. While addressing the outward behavior is important, we strive to foster growth from the inside-out to encourage real and lasting change. Our program is specifically designed to facilitate change through the positive relationships your son will forge with staff and other students, as well as improved relations with family.

We use a caring, professional, and understanding staff, and invite total accountability from students, staff, and owners.Your son will also learn and demonstrate leadership skills which will aid in his recovery from substance abuse and emotional isolation. Leadership skills also increase self-esteem and confidence, thus enabling your son to better withstand the pressures and stress of adolescent life.

## DAILY SCHEDULE



| 6:30 AM | Wake Up |
| 6:45 AM | The Gym |
| 7:45 AM | Get Ready for the Day |
| 9:00 AM | School Block |
| 11:00 AM | Therapeutic Clinical Group |
| 12:30 PM | Lunch |
| 1:30 PM | Leisure Time |
| 2:30 PM | Study Hall |
| 3:30 PM | School Block |
| 6:00 PM | Dinner |
| 7:00 PM | Evening Activity |
| 9:30 PM | Get Ready for Bed |
| 10:00 PM | Lights Out |



All Rights Reserved. 2019



Select Page 

# CATALYST



## CATALYST DIFFERENCE

*BECAUSE OUR TREATMENT IS NOT A "ONE SIZE FITS ALL" MODEL, WE SCREEN OUT BOYS WITH HARDENED HISTORIES OF SEXUAL PERPETRATION, SERIOUS GANG INVOLVEMENT, VIOLENCE, AND SERIOUS CRIMINAL ACTIVITY.*









SPECIALIZATION

At Catalyst, we specialize in the treatment of substance abuse and dual diagnosis–such as, depression, anxiety, ADD, as well as others. Each boy's issues will fall somewhere on the substance abuse spectrum anywhere from casual use and experimentation, to addiction. He will receive state-of-the-art care from our elite team.

## CLINICAL INTENSITY

Therapists' caseloads are small which allows ample time to address the complex emotional, family, and social issues of each student. With the challenges of substance abuse combined with other mental health issues, a small caseload minimizes the risk that issues will go unaddressed. We offer our boys a minimum of 15 hours of clinician-directed therapy each week, including individual therapy, family therapy, group therapy, experiential therapy, and education groups. A team of treatment professionals determines the amount and intensity of therapy for each boy. Each week our boys receive a full review by the multi-disciplinary Treatment Team where progress is evaluated and interventions tailored. Because of our small enrollment and specialized treatment planning, boys will not slip through the cracks.

## OWNER OPERATED

Catalyst is owner operated, which contributes to the high-level of treatment and care for each boy and family. As owners, we are actively involved in therapy, clinical groups, recreational activities, and the students day-to-day program. Catalyst is a member of the National Association of Therapeutic Schools and Programs (NATSAP). The common mission of NATSAP members is to promote healthy growth, stimulate learning, inspire motivation, and develop personal well-being within all program participants.



All Rights Reserved. 2019



Select Page



# PEOPLE
# MEET OUR TEAM



SETH GEISLER, LCSW

Marketing Director | Therapist/Owner

Master of Social Work
Brigham Young University

BIO 



### ADAM POLL, LMFT, LSAC

Clinical Director | Therapist/Owner
Master in Marriage and Family Therapy
Utah State University

BIO 



### JORDAN L LARSEN, LCSW

Admission Director | Therapist/Owner
Master of Social Work
University of Utah

BIO ⊕

BIO ⊕

BIO ⊕

BIO ⊕



MEGHAN KUNZ, PMHNP

Medical Director

University of South Alabama

BIO ⊕



Jo Mitchell
San Diego State University

BIO 



COLLEEN ALLIE, LCSW

Primary Therapist

Bachelor of Science
University of Utah

Master of Social Work
University of Denver

BIO 

BIO ⊕

BIO ⊕

BIO ⊕



EVAN STEWART, LMFT

Primary Therapist

Master of Marriage and Family Therapy
Utah State University

BIO ⊕



## MELISSA NICHOLS, LCSW

Primary Therapist
Master of Social Work
San Diego State University

BIO 



## BLAKE ALTOM, PHD, LMFT

Primary Therapist
Master of Marriage and Family Therapy
Utah State University

BIO 

BIO

BIO ⊕

BIO ⊕



STEVE STRINGHAM, MS, LMFT

Primary Therapist
Master of Marriage and Family Therapy
University of Louisiana

BIO ⊕



## HOLLY MONTANO, M.ED

Academic Director

Bachelor of Science
Weber State University

Master of Education
Weber State University

BIO                                                    ⊕



## TANNER TAGGART, AMFT

Primary Therapist

Master of Marriage and Family Therapy
University of Wisconsin-Stout

BIO                                                    ⊕

BIO ⊕

BIO ⊕

BIO ⊕



All Rights Reserved, 2019



| Select Page | ☰ |
|---|---|



# ACADEMICS
## POSITIVE LEARNING ENVIRONMENT

Catalyst Preparatory Academy is fully accredited by the Northwest Accreditation Commission. We offer courses in the core subjects of English, Mathematics, Science, and Social Studies, as well as elective courses in Fine Arts, Physical Education, and Career/Technical Education. Our program also features a supervised, credit-bearing Advisory course that teaches students organization and goal setting.



# EXPERIENCED TEACHERS

Catalyst has a full time Academic Director, Holly Montano. Teachers at Catalyst Prep are subject-matter experts, and each course is taught face-to face with class size ranging from 3-20 students. While some of our students may not struggle with academics, Catalyst Prep specializes in assisting students who have some ADD/ADHD or processing speed issues.







# SUCCESSFUL METHODS

Teachers rotate through a variety of class activities using multiple learning strategies and continually engage students in discussion. We offer ACT and SAT prep courses for all of our juniors and seniors. Our teachers are available for tutoring if students need additional support.

Education is an essential component of Catalyst students' treatment. The faculty and administration from the school are members of the treatment team and are involved in each student's therapeutic advancement.



All Rights Reserved. 2019



Select Page  ☰



# SETTING
# OUR ENVIRONMENT

The natural setting of the Catalyst home provides a restorative effect for youth and visitors, with inspiring views of the Wasatch Mountains to the east and vast open lands to the west. One question you should ask yourself when you leave any program is, "how did that place feel?" Catalyst does not want an "institutional" feel to our home. At Catalyst, we strive for a positive home-like atmosphere to help the boys feel accepted and comfortable as they work through their treatment.

We also use a relationship-based model of management rather than compliance-or

reward-based. The staff is upbeat, caring and
professional, and foster positive relationships to
invite and assist change. The natural setting and
caring relationships are very important catalysts
for change.

*WE ARE CONVENIENTLY LOCATED ABOUT
FIFTY MINUTES NORTH OF THE SALT LAKE
INTERNATIONAL AIRPORT*











# CAMPUS

The Catalyst Campus has two homes housing 24 students each. Each home contains a large living area, dinning area, kitchen, educational space, shared bed rooms. Click on the photos below to see larger views of our homes.





All Rights Reserved. 2019



# HEALTH
## MENTAL AND PHYSICAL

### TRIATHLON TRAINING

At Catalyst, an important part of our therapy involves physical activity and training daily. Students involved in the training may also compete, should they choose, in community based triathlons with the staff and owners.

### FOCUS ON STUDENTS

The focus is on students improving upon their own abilities to develop a sense of competency. Similar to wilderness programs and hiking, we use it as an intervention that students typically grow to enjoy.

### LEVEL FOR EVERYONE

Prospective Catalyst students need not be hard-core athletes. There are

three training groups to meet students at their respective fitness levels. Because of the emphasis on physical health, Catalyst also strives for nutritional excellence.



## ACTIVITY AS THERAPY

Research indicates that daily cardio activity can have a more stabilizing effect on emotional disorders than the combined treatment of medications and therapy. Because of these benefits, the students are involved in a number of activities throughout the year which include mountain biking, hiking, snowboarding, swimming, running, skateboarding, and overnight excursions.









THE FOCUS OF THE PHYSICAL TRAINING IS

*TO HELP STUDENTS CHALLENGE THEIR PRECONCEIVED NOTIONS OF WHAT THEY THINK IS POSSIBLE FOR THEMSELVES.*



All Rights Reserved. 2019