# **EXHIBIT 3**

Case 2:18-cv-01308-RSL Document 60-3 Filed 08/09/22 Page 2 of 60

# Wilderness Therapy for Young Adults

Evoke's Wilderness Therapy Program for Young Adults takes our proven treatment model of **whole-health** and applies it to primitive living in the wilderness, free of distractions, and rich with metaphor. This empowering experience provides the young adult client with an intervention, assessment, and stability necessary to achieve and maintain a happier, healthier life. This experience consists of backpacking and primitive living skills, coupled with personalized clinical treatment and individualized and group therapy.

This program is for young adults ages 18-28+ who feel stuck, lost, unmotivated, overwhelmed, or need help finding their inner empowerment. Our experienced clinical team is successful at working with a variety of issues, from mental health diagnoses, developmental issues, and learning disabilities. For a list of issues our Wilderness Therapy program works well with visit **Is Wilderness Therapy Right for Me?**

Please contact one of our **Admissions Counselors** to find out how Evoke's Wilderness Program can help you.



## Benefits

Wilderness Therapy provides a variety of things to help you accomplish:

A change of scene and escape from current distractions or negative influences or routines.

An emotionally safe environment for you to clear your head and reflect.

A physical environment of peace and beauty with opportunities for healthy challenge and growth.

Opportunities to learn healthy coping, communication, leadership, and outdoor survival skills.

Opportunities to learn more about who you are and the tools to become who you want to be.

## Treatment Plan

Your treatment plan will include the following:

Assessment, objectives and goal setting created between you and your Therapist

Personalized assignments addressing your whole-health; your emotional, physical, psychological, and spiritual self.

One-on-one support from your treatment team, which includes your Therapist, Field Instructors, Medical Coordinator, Health & Wellness Coordinator, your peer group, and Psychiatrist and Psychologist who are available for additional support.

A discharge plan to take with you after leaving Evoke so you can maintain and continue your accomplishments and continue to apply them to living a happy, healthy life.

## Academics

Evoke's Wilderness Therapy programs for young adults provide high school credit, when necessary, through our unique customized and accredited curriculum through AdvanceEd. Additional information about **Academics can be found here.**

## Location & Gear

Evoke Wilderness Therapy Programs take place at **Evoke Entrada**. Your experience at either location will be guided by your personalized treatment plan. Evoke Therapy Programs will provide all essential gear, clothing, personal items, and equipment for the Wilderness Therapy Program. Participants are responsible to provide their own eyeglasses (no contacts), prescription medication, and dental retainer. Learn more about **Safety and Gear.** Additional information can be found on **FAQs** and **Wilderness Admissions**.

**For more information, please contact one of our Admissions Counselors at 866.411.6600.**

## Photo Gallery



# Our Philosophy

Evoke's Wilderness Therapy works with the outdoors, reaching deep and accomplishing growth that just can't be achieved in a therapist's office or hospital setting. Shorter-term intensive programs bring participants to a better understanding of themselves, their true nature, the importance of relationships, and the value they and others bring to every situation. Guided by therapists, these purposeful activities and experiences are customized to the needs of each person, delivering a direct application to life back at home, school, or work.

Through Evoke podcasts, blogs, books, support groups, Wilderness programs, and short-term intensives for adults and teens, you and your loved ones can achieve growth through difficult times.

## Treatment Philosophy

Our mission is to provide the highest level of personalized therapeutic care with a focus on the whole-health of clients and families with extensive family support and resources.

Evoke accomplishes this mission by following our 3 Founding Principles:

Provide the best possible treatment for each client's whole-health with comprehensive family support
Transform continually as a program and company
Use our inherent connection to the outdoors to facilitate lasting change

## Whole-Health Treatment

Whole-health treatment includes a client's emotional, mental, physical, and spiritual wellbeing. Supporting the mind, body, and spirit connection is essential for long-term sustainable growth and transformation. Clinical research shows that diet, nutrition, exercise, and spiritual connection enhances and maintains positive psychological changes, elevates moods, and increases confidence. Visit our **Clinical** and **Health & Wellness** pages for more information on how Evoke treats the whole person.

## Comprehensive Family Support

Evoke offers comprehensive family support while your child is in the program and after. Visit the **family involvement page** to learn more.

  Parent Coordinators
  Parent Mentors from Program Parent Alumni
  Interactive Portal for parents of Wilderness Therapy participants
  Weekly Parent Phone Calls
  Twice-Weekly Webinars
  Archive of Webinars and Podcasts
  Parent Workshops
  Parent-Child Phone Calls
  Family Visits to the Field (mid-program, end of program, and family walkabout)
  Parent support groups
  Parent and Family Intensives
  Adventures
  Coaching

  MORE ABOUT FAMILY INVOLVEMENT

## A Transformative Program and Company

This is a three-fold principle.
1st – We are committed to evoking change in our participants to become their healthier and stronger selves.

2nd – We are dedicated to continually innovate and grow to meet the changing needs of our participants and employees; to continually evolve, discover new approaches, and seek more effective ways for participants and their families to experience long-term change.

3rd – We are committed to being a conscientious company, making the health and well-being of our business, employees, and communities a top priority. This commitment includes supporting employee health through opportunities for personal growth and professional development, by **contributing to our local and larger communities** and being a green company, including printing most of our marketing material on 100% recycled material produced by wind power. We also purchase local organic foods whenever available, and use socially conscious companies like **Sherpa Adventure Gear**, and **SunRidge Farms**.

## Our Connection to the Outdoors

Case 2:18-cv-01308-RSL    Document 60-3    Filed 08/09/22    Page 5 of 60

We believe an individual's inherent connection to the outdoors is essential and plays a central role in the therapeutic process. At Evoke Therapy Programs, the wilderness provides The Right Environment, Unforeseen Learning, and A Reclamation of Self.

## The Right Environment

Evoke Therapy Programs utilizes the wilderness environment to remove everyday life distractions and emphasize the individual's strengths and potential.

The immediacy and clarity by which nature delivers action-consequence lessons provide our participants with non-biased and direct feedback regarding their behaviors and choices. Skilled Field Instructors and Therapists highlight boundaries and facilitate logical consequences that mirror the lessons essential to a healthy life.

The wilderness environment ensures participants focus their energy on confronting their issues, and reveals behaviors that parallel those that led to their enrollment at Evoke.

The group culture reinforces honest engagement, accountability, and healthy communication and behavioral patterns while discouraging past escape routes such as shutting down, running away, or other maladaptive responses.

## Unforeseen Learning

Through Evoke Therapy Programs, daily life in the wilderness lends itself to metaphor and experiential learning, a highly effective means of learning. For instance, the individual who resists advice from parents regarding the need to prepare for school might listen to a Field Instructor talk about the necessary prep tools needed to make a fire in order to cook supper.

The defense of the conscious mind does not easily recognize the layers of the metaphor, thus the lessons are more deeply embraced. The group culture also becomes metaphorical when the participants begin to cultivate similar types of relationships, symptoms, and patterns they had at home. Field Instructors and Therapists use these experiences to help the participants see their issues from a fresh perspective and ways to change behaviors using these new insights and skills.

## A Reclamation of Self

Nature both humbles and exalts the human spirit like nothing else. Many who participate in Evoke Therapy Programs struggle with poor self-esteem and carry a defeatist attitude.

Living in the wilderness can seem daunting at first; but nature, being the "unmovable force," demands that participants access their innate ability to work through discomfort and thrive.

From a place of compassion and care, Field Instructors and Therapists reinforce this ability through reassurance and support. "I know it's tough and I know you can do this," becomes a mantra, spoken and unspoken, heard throughout a participant's journey at Evoke. Where participants previously cultivated shrewd avoidance behaviors, which atrophy the muscles of adaptation, resilience, and healthy

coping, they now thrive with feelings of confidence, competence, and strength. Old feelings of victimhood, self-loathing, and apathy are replaced with renewed self-efficacy, which is carried into other areas of life and is a hallmark of our participants' accomplishments at Evoke Therapy Programs.

CONTINUE TO: CLINICAL TREATMENT

## Photo Gallery





Our son's experience at Evoke was nothing short of a miracle. I would highly recommend the Evoke program to anyone with a son or daughter who is having trouble navigating life.

—Charlie Elisco, Entrada Parent

# Our Team

We believe each employee helps define the quality of our programs. We are committed to finding, training, and supporting a team dedicated to collaboration and change. Evoke believes to truly help individuals we too must be invested in achieving our own whole-health. Evoke is a company with the same goals as its programs: To create a safe, healthy, and supportive environment to facilitate continued growth and change.

**Our Leadership Team** includes our owners and department heads. Each of our owners is a full-time employee with an active role as a primary therapist, clinical director, program director, or family outreach.

**Our Clinical and Research Team** includes our researchers, clinical directors, and primary therapists who provide direct care to our participants. Each of our therapists has many years of experience in Wilderness Therapy, and all are licensed Master's level or Ph.D. therapists.

**Our Admissions Team** has extensive experience in out-of-home therapeutic placement. They are available by phone to speak to participants and families to discuss any questions. **Please call 866.411.6600**

**Our Health and Wellness Team** includes medical and psychiatric Ph.Ds., nurses, nutritionists, and yoga and fitness coaches. Visit their individual pages to learn more about them and the roles they play at Evoke Therapy Programs.

**Our Operations Team** includes field directors and field instructors who are with the participants every day. Our instructors undergo extensive initial and ongoing training in survival skills, wilderness living, medical training, communication skills, and clinical education. With an unending commitment,  they provide compassionate support, safety, and daily mentoring.

**Our Intensives Team** is comprised of a diverse group of licensed Master's level therapists as well as the staff who manage programming, logistics and guests' comfort when the participants are not directly engaged in the work.

## Learn out more about our programs:

WILDERNESS      INTENSIVES      ADVENTURES

# Careers

Evoke Therapy Programs are year-round therapeutic programs with an emphasis on wilderness and an innovative clinical approach. We offer teens, young adults, and families a journey toward fulfillment and success. Our programs guide participants toward healthier lives and relationships through cultivating greater self-efficacy, healthy expression of emotion, effective communication, positive lifestyle choices, and the experience of the transformative power of the wilderness.



*Evoke was among Outside Magazine's Best Places to Work in 2015, 2016, and 2017, and Honorable Mentions in 2018 and 2021.*

We are looking for energetic, compassionate and creative people who love the outdoors and community. Our company operates as a close network of fun-loving, professional, service-oriented individuals from diverse backgrounds and experience. We work collaboratively with each other to help youth and young adults reconnect to their healthier, more authentic selves. Our founding principles include the following:

Providing the best possible treatment for each client's whole-health with comprehensive family support Whole-health treatment includes a client's emotional, mental, physical, and spiritual well-being. Visit About Evoke to learn more about our philosophy on treating the whole person.

Continually being a transformative program and company This is a two-fold principle for us. First, we are committed to evoking change in our clients to become a healthier and stronger self. Secondly, as a company, we are dedicated to continually innovate and grow to meet the changing needs of our clients and employees. This also includes Evoke being committed to being a transformative company committed to company health, supporting employee health, organizational health, and our communities. We consider ourselves a green company by printing all our marketing material on 100% recycled material produced by wind power, purchasing local foods whenever available, and support socially conscious companies like gear partner Sherpa Adventure Gear.

Using our inherent connection to the outdoors to facilitate lasting change. We believe our connection to the outdoors is necessary to be an effective program. Evoke Therapy Programs uses the wilderness environment to remove everyday life diversions and emphasis on an individual's strengths and potential.

## Employment Opportunities

Evoke Therapy Programs offers employment opportunities as a Field Instructor, Therapist, and other roles. Choose a position below to find out more information about which career with Evoke Therapy Programs is right for you.

Field Instructors

Therapists

Operations & Logistics

For other employment opportunities contact one of our recruiters below:

Evoke at Entrada:
435.218.1811

Brennan Dougherty, Assistant Field Director, Recruiter at Entrada

---

Evoke's Transparency in Coverage public information and link

This link leads to the machine-readable files that are made available in response to the federal Transparency in Coverage Rule and includes negotiated service rates and out-of-network allowed amounts between health plans and healthcare providers. The machine adable files are formatted to allow researchers, regulators, and application developers to more easily access and analyze data.

8/1/22, 12:11 PM
Hope for Teens Struggling in Evoke Therapy Programs
Case 2:18-cv-01308-RSL   Document 60-3   Filed 08/09/22   Page 10 of 60

# finding hope in the wilderness

Evoke Therapy Programs offers hope in the wilderness for teens ages 13–17, young adults ages 18–28+, and families struggling with difficulties like trauma, depression, anxiety, low self-esteem, defiance, and substance abuse. Evoke provides therapy and healing from these circumstances, following a proven approach that creates lasting positive change.

IS WILDERNESS THERAPY RIGHT FOR YOU?

## it starts with understanding

Evoke meets the behavioral and mental health needs of teens, young adults, and their families, restoring wholeness and balance in the individual and in their relationships.

## wilderness is the perfect place to be found

Early trauma, hurt, guilt, and confusion can result in a lifetime of pain and destructive behavior. Time spent in the wilderness with compassionate clinical professionals using multi-dimensional therapies can result in a clear understanding of a young person's place in the world, and can set them on a better course for the rest of their life. When your child truly understands themself, they can better manage the important relationships around them.



# other evoke therapy programs



## INTENSIVES
Find Yourself

LEARN MORE



## PURSUITS
Find Balance

LEARN MORE



## COACHING
Find Support

LEARN MORE

"Evoke saved my life. I'd been through many other programs and Evoke is the one that finally worked."

MADELINE, EVOKE PARTICIPANT

# a life-changing experience

×

## Join us for a Life-Changing Intensive!



Better understand your inner self and the people around you through a healing, multi-day, therapeutic experience you'll never forget.

Evoke Therapy Intensives is accepting registrations for Summer/Fall 2022.

- *August 10-14, In-person Finding You*
- *August 26-28, Online Finding You*
- *September 7-11, In-person Finding You*

Register now or call 1.866.411.6600

Register Now!

*Finding You* is for those wanting to jump-start or accelerate personal transformation. Experts guide you on a journey through emotional barriers that are impacting current relationships and wellbeing.

MORE



×

## Join us for a Life-Changing Intensive!



Better understand your inner self and the people around you through a healing, multi-day, therapeutic experience you'll never forget.

Evoke Therapy Intensives is accepting registrations for Summer/Fall 2022.

- *August 10-14, In-person Finding You*
- *August 26-28, Online Finding You*
- *September 7-11, In-person Finding You*

Register now or call 1.866.411.6600

Register Now!



## Finding Family
### for Families

*Finding Family* helps families get unstuck, build connections, and confront difficult family dynamics. Customized for your family's needs.

×

## Join us for a Life-Changing Intensive!



Better understand your inner self and the people around you through a healing, multi-day, therapeutic experience you'll never forget.

Evoke Therapy Intensives is accepting registrations for Summer/Fall 2022.

- *August 10-14, In-person Finding You*
- *August 26-28, Online Finding You*
- *September 7-11, In-person Finding You*

Register now or call 1.866.411.6600

Register Now!



Evoke Therapy Programs Intensives Overview

Case 2:18-cv-01308-RSL   Document 60-3   Filed 09/09/22   Page 16 of 60

# other programs

×

## Join us for a Life-Changing Intensive!



Better understand your inner self and the people around you through a healing, multi-day, therapeutic experience you'll never forget.

Evoke Therapy Intensives is accepting registrations for Summer/Fall 2022.

- *August 10-14, In-person Finding You*
- *August 26-28, Online Finding You*
- *September 7-11, In-person Finding You*

Register now or call 1.866.411.6600

Register Now!

Find Support

LEARN MORE

"I'm so glad I participated in the Online Intensive. I'm surprised at how much I noticed about myself during and after the weekend. While reflecting on the weekend, more realizations continue to come to me about myself and about the relationships in my life."

Online Intensive Participant

×

## Join us for a Life-Changing Intensive!



Better understand your inner self and the people around you through a healing, multi-day, therapeutic experience you'll never forget.

Evoke Therapy Intensives is accepting registrations for Summer/Fall 2022.

- *August 10-14, In-person Finding You*
- *August 26-28, Online Finding You*
- *September 7-11, In-person Finding You*

Register now or call 1.866.411.6600

Register Now!

# Pursuits

## What is a Pursuit?

Pursuits are designed for high-functioning adolescents, young adults, or families looking for an exciting once-in-a-lifetime experience and healthy adventure. Our trips provide incredible adventures that inspire and motivate participants to develop greater personal vision and life-long goals. Pursuits offer the highest level of programming and adventure facilitated by experienced and certified outdoors guides. This experience includes an extensive safety focus with individually tailored goals and daily process groups.



## Backpacking Adventure

Learn the basics of backpacking and develop current skills while exploring several miles of Utah's most scenic backcountry. During this three-day trip you will learn technical backpacking skills such as packing, backcountry cooking, and wilderness navigation with map and compass. Light therapeutic elements will be naturally incorporated into each trip through use of journaling, meditation, psycho-education, and group work. Self-efficacy and teamwork will be fundamental tools taught throughout this course. Each participant will be asked to meet new challenges as they work together to follow through on goals.

**Cost: Three-day Southern Utah Cost: $5,155**



## Basecamp Adventure

Designed to fill your summer with meaning and adventure, this multi-sport program weaves together several activities such as day hiking, mountain biking, fishing, glass blowing, and yoga. With each activity, we will start with the basics and progressively move to more advanced skills so that we meet each individual where they are are at. Communication and team support will be important as you experience each element of this program. Several times each day, you will be given time to practice mindfulness and to learn new therapeutic skills. With the basecamp model, days will be spent exploring the area and participants will return to a single family home environment in the evening. Modern conveniences such as beds and running water will prepare you for a restful night. All costs listed for three participants:

Cost: Three-day Northern Utah: $6,000
      Five-day Southern Utah: $10,950
      Five-day Northern Utah: $10,500

## Custom Trips Are Also Available

Contact us to start planning your experience. We have the flexibility to create three to 30-day programs within the US. Please allow us at least a two-week lead time to create a custom trip for you. Due to the pandemic, we are currently postponing all international trips at this time.

Contact us to Schedule. Phone: 866-411-6600, Email: Pursuits@evoketherapy.com



## Our Participants

Some of the reasons for participating in a Pursuits trip include:

- Seeking a memorable adventure
- The need for recharging or rejuvenating
- The desire to gain greater personal awareness or self-confidence
- A quest for change, even if that change is still to be determined
- To encourage family connection
- The need to schedule activities during a school break
- To help support sobriety
- Evoke alumni and families looking to reconnect with wilderness
- Just to step out of your comfort zone

*Evoke Therapy Pursuits is not a fit for those with recent suicide or self harm attempts, a history of violent behavior, chemical dependency, or serious eating disorders. Please contact us if you or your child is not eligible for this program due to the aforementioned and we can assist you in seeking appropriate treatment.*

## Our Guides & Safety

Our Pursuits leaders and staff are extensively trained and experienced outdoor guides as well as therapeutic mentors and teachers. All lead Pursuits guides have at least four years of experience in group facilitation and leading adventure trips. All Pursuits guides maintain certification as Wilderness First Responders, and training in wilderness risk management, Leave No Trace ethics, communication skills, therapeutic mentoring, and group facilitation. We contract with established local professionals to help navigate all local considerations. Evoke's own Support Team is on-call 24/7 during all Pursuits trips and is dedicated to ensuring quality programming with acute attention to safety for all participants. Our on-site Pursuits leaders

# Video Gallery



Pursuits Moab Multi-Sport Trip



What makes Pursuits trips different?

## Photo Gallery





"The most impactful part of our Pursuits trip was the opportunity to listen to our son, and his willingness to be open and share his feelings with us. From the impromptu conversations around the kitchen table, to our session with a therapist along the Virgin River in Zion, this was the most meaningful time I have spent with my son in my memory. Through our work at Evoke, I am now able to hear my son. Thank you." -Family Pursuit participant

"We are thrilled with our decision to take an Evoke pursuits trip during our son's transition from the wilderness program to therapeutic boarding school. We appreciated the therapeutically-supported reunion full of meaningful conversations, check-ins, experiential processing, and ceremony. We got to see him bust a fire and glow with pride as he led us on a cross-country hike through the beautiful Utah desert. We had the chance to practice our new skills and deepen our connections with each other. Our whole family was transformed by his stay with Evoke, and this trip was a crucial step in weaving it all together. This was a top-notch and very impactful experience for us!" -Blake and Monica

"This trip exceeded all of my hopes. The staff were kind, compassionate, and capable." -Layla

# Coaching

Due to their training, and from working with families with young adult and adolescents in wilderness therapy, Evoke therapists have unique skills that can assist parents and individuals with clarity and guidance in navigating many of life's challenges. Our Coaching Program provides guidance during critical phases of each individual's journey. Whether help is needed prior to wilderness therapy, during wilderness therapy, during a transitional phase, or post-wilderness therapy, our staff can offer parents or young people support and direction helping them to navigate challenges associated with the following:

- Parenting Issues
- Issues related to mental health or addiction challenges
- Relationship challenges
- Issues related to co-dependency
- Communication training
- Navigating challenges related to life-transitions
- Help in dealing with important life decisions
- Reintegration from the wilderness and other treatment settings to the home
- Ongoing recommendations for other sources of support such as books, podcasts, and support groups.

Coaches will work with Educational Consultants, home therapists, and other providers to ensure clients are receiving the help that compliments the support that these professionals are providing. Traditional wrap-around coaching and mentoring programs require contracts with lengthy time commitments. Our sessions are billed hourly, on a week-to-week basis, so participants pay only for the services they receive. Participants of our program have access to the following:

- Family, Parent & Individual Coaching
- Phone (or video conferencing as schedule allows)
- Quick (5 to 10 min) check-in or questions included
- Access to live (twice weekly) and archived Webinars indefinitely
- Free attendance at Evoke's regional support groups

Email our admissions staff at Coaching@EvokeTherapy.com or call them at 866.411.6600 for more information or to sign up with one of our coaches to experience the support and guidance you need.

# Family Involvement

Evoke Therapy Programs has been a pioneer in integrating family support into Wilderness Therapy for over 20 years. We believe that supporting the family is integral in getting the best possible results. We provide a robust and unparalleled list of services for parents, siblings, extended family, and friends of Evoke participants.

- Parent Coordinators
- Parent Mentors
- Interactive Parent Portal
- Weekly Parent Phone Calls
- Twice Weekly Live Webinar Broadcast
- An Extensive Archive of Webinars and Podcasts
- Parent Workshops
- Parent-Child Phone Therapy
- Parent Visits to the Field
- Regional Parent Support Groups
- Additional Services such as **Intensives** (Finding You, Finding Family), **Adventures** (Pursuits Trips), **Coaching**

> *"The whole is greater than the sum of its parts." — Aristotle*



## Your Healing

While the participant at Evoke may be the one with the most noticeable suffering, we know that all family members have been affected by the circumstances and events that lead to seeking treatment. We treat each family member with compassion and non-judgment, offering a variety of sources for support, education, and healing.

Parents often tell us that while Evoke was wonderful for their child, it also changed their life. Our family program and services offer hope, peace of mind, and healing to the vicarious trauma loved one's experience when watching a child suffering from mental health and addiction issues

## Parent Services

### Parent Coordinators

In addition to the therapist, each family is assigned a parent coordinator. During office hours, these experienced and compassionate professionals are there from day 1 to provide you with information, answer questions, and help you navigate your Evoke experience.

### Parent Mentors

Each family is offered a parent mentor. These mentors are previous Evoke parents who can offer parent-to-parent support, especially during the emotional early days in the program. These volunteers are eager to "give-back" and offer the guidance that others provided for them.

## Interactive Parent Portal

Each parent will be provided a confidential login to access their personalized parent portal. Weekly assignments and resources are provided by the program and tailored by your therapist to address your family's specific needs. Assignments, letters from your child, pictures, and a group journal keep the family connected to their child's experience and their day-to-day lives.

## Weekly Parent Phone Calls

Each family will have a weekly phone session with their child's therapist. These calls will consist of weekly updates on your child's progress (including assessment, diagnosis, prognosis, and information relating to the next step), a review of weekly letter writing (to and from your child) assignments, support and direction for the family. These calls are both a window into your child's world as well as an opportunity to learn about ways you can support the changes your child is making.

## Twice Weekly Live Webinar Broadcast

Co-founder and author of the books, *The Journey of the Heroic Parent* and *The Audacity to Be You*, Dr. Brad Reedy broadcasts live webinars each week for parents and family members. Topics include specific mental health and addiction issues as well as parent education. Parents can interact with Dr. Reedy and ask live questions. These webinars provide parents a wealth of resources both during and after their child's stay at Evoke. Evoke parents are provided lifetime access to these broadcasts, offering them an opportunity to reconnect to the lessons learned during their child's stay.

## Extensive Archive of Webinars and Podcasts

Since 2007, Dr. Reedy has broadcast over 1000 Webinars for parents and families of wilderness participants. Parents can access our library and select from a variety of topics including Anxiety, Grief, Boundaries, Connection, Addiction, Aftercare, and many more. In addition, these broadcasts are available on a podcast app, so parents can listen on the go and family members can learn about the principles taught by Evoke's therapy team. Some of the podcasts are available to the general public below.

SAMPLE DR. REEDY'S PODCASTS

## Parent Workshops

We invite every parent to attend one of our online multi-family workshops during their child's stay at Evoke. These workshops are led by the Evoke Clinical team and co-facilitated by our field staff. Experiential activities, parent education, communication skills practice, and connecting with other parents provide participants rich and invaluable sources of support.

## Parent-Child Phone Calls

We were the first wilderness program to offer phone therapy during a child's wilderness therapy experience. Using satellite and cell phones, parents can have one or more phone therapy sessions during your child's stay. These meetings are recommended by your therapist and they must meet with your child's clinical readiness. We believe these calls can be invaluable, allowing families to work on communication and relationships live and in real-time.

## Family Visits to the Field

Evoke has been inviting families into the field for over 15 years. By participating with their adolescent or young adult child in the wilderness experience, families are able to address first hand some of their family dynamics, practice communication skills and create intimate and lasting memories. There are three different opportunities for family involvement in the field.

### Mid-Program Visits

Parents and other family members may be invited to participate in a field visit with their participant during the program. This visit is typically aimed at practicing and implementing new tools. This visit often involves an overnight stay in the wilderness with the participant and the participant's group. The therapist will determine the timing of this visit and parents will work with the therapist to establish additional goals and

objectives.

### End of Program Visits

Parents and other family members may also be invited to participate in a field visit with their adolescent or young adult at the conclusion of their program. These visits are aimed at reconnecting families in the wilderness, practicing and implementing new tools and skills, and solidifying the next steps and expectations. This visit often involves an overnight stay in the wilderness with the participant and the participant's group. The therapist will determine the timing of this visit and parents will work with the therapist to establish additional goals and objectives.

### Family Walkabout

Parents and other family members may also choose to participate in a Family Walkabout with their participant. A Family Walkabout is an extension of the Mid-Program and/or End of Program visit. A Family Walkabout is customized by the participant's therapist and is typically 3-4 days/2-3 nights long. During this experience, the family will spend a brief time with the participant's group and then the participant and family will hike away with Evoke staff. On Walkabout the participant's therapist will meet with the family and guide them through intensive family therapy addressing family dynamics, relationships, and other obstacles the family may be dealing with. Evoke's Family Walkabouts end with greater insight, understanding, and lasting memories. Parents interested in a Family Walkabout should notify their participant's therapist who will work with them to create a customized experience.

### Transition Adventures

During this time of COVID-19 restrictions, Evoke is providing discounted [Transition Adventures](Transition%20Adventures).

---

## Parent Support Groups

Evoke holds parent support groups across the United States and Canada throughout the year. These meetings are run by Evoke's therapists and provide parents with education, parent-to-parent connection, and a safe place to tell their stories.

---

# Optional Services

These services are offered to help you and your family heal as individuals and are not included in the program fees.

---

## Intensives

Intensive retreats are a great opportunity for personal reflection and healing while your child is in the program. Intensives are offered in-person at a tranquil location in northern Utah or online.

### Finding You

Finding You is an Intensive retreat hosted in Utah or online. These retreats are for individuals who want to do deeper work to heal trauma, work on codependency, restore balance, and find greater peace and clarity in life. Participants address current life and relationship challenges by exploring past and present life experiences using psychodrama, group therapy, mindfulness, and psychoeducation.

### Finding Family

Finding Family is a custom Intensive retreat for families who want to explore relationship challenges and improve communication skills. These programs are customized to meet the family's goals and can be helpful for families experiencing addiction, conflict, codependency, and other uses related to mental health. Participants walk away with greater insight into what is holding them back as well as tangible tools and skills for their future.

---

## Pursuits

Pursuits Trips offer families and young adults the opportunity to reconnect to themselves and each other using fun and the outdoors. These customizable trips are an opportunity to unplug and provide participants with a feeling sense of empowerment. Trips are led by our experienced field guides, with or without a therapist. Trip lengths are adjustable and activities such as rappelling, white-water rafting, climbing, fly fishing, canyoneering, hiking, mountain biking, snowshoeing, and international service trips all provide a vehicle for individuals to rediscover their passion or for families to rediscover each other.

---

## Coaching

In response to hundreds of requests for the kind of quality support that Evoke's Wilderness clients receive on our weekly calls between parents and therapists, we are offering coaching services. Parent or Individual Coaching is for anyone who finds that they need more support in their day-to-day life. Whether coping with the challenge of a struggling child or with reintegrating home after treatment, parents and their children can utilize the experienced clinical team at Evoke via phone or video conferencing for more support and direction. This service requires no long-term contract and can be used before. during. or after Evoke, as well as by those not associated with Evoke's other programs.

Case 2:18-cv-01308-RSL   Document 60-3   Filed 09/09/22   Page 28 of 60

# Photo Gallery



"I've never had such a thoughtful, meaningful, important gift given to us where there wasn't a fee. Thank you for making that happen!" (Regarding a Family Walkabout)

— Jojo Segal

Case 2:18-cv-01308-RSL    Document 66-3    Filed 08/09/22    Page 29 of 60

# Parent Support Groups

Evoke Therapy Programs provide Parent Support Groups, led by our therapists, throughout the country. These groups provide parents with education as well as an opportunity to connect with others in your area who are traveling the same road. Alumni families provide new parents with a glimpse of the road ahead, while new families have the opportunity to share their story in a safe and accepting place. Parents receive hope while building a network of support.

> "We especially benefited from Dr. Reedy's calm, concise, insightful counseling during these meetings. There was always at least one a-ha moment when he stopped the world from spinning and everything would make sense again." — Evoke Parent

## Upcoming Events

### Wilderness Parent Online Support Groups

August 4, 6:30pm MT

August 11, 6:30pm MT

August 18, 6:30pm MT

August 25, 6:30pm MT

September 1, 6:30pm MT

### Alumni-only Wilderness Parent Online Support Groups

August 23, 6:30pm MT

September 27, 6:30pm MT

October 25, 6:30pm MT

November 22, 6:30pm MT

December 27, 6:30pm MT

### Live Webinars

Dr. Brad Reedy will not be hosting live webinars in the month of July. Please watch this space for guest webinars and please also check Finding You: An Evoke Therapy podcast for weekly new episodes.

August 3, 6:30pm MT, Finding Meaning in the Second Half of Life: Reflecting on the work of James Hollis.

August 8, 6:30pm MT, Q&A for Evoke Families & Friends

August 10, 6:30pm MT, What to Look for in a Therapist and Therapy

August 16, 6:30pm MT, Q&A for Evoke Families & Friends

August 18, 6:30pm MT, Finding You, Finding Connection, and Finding Family: What is right for me?

August 23, 6:30pm MT, Q&A for Evoke Families & Friends

August 25, 6:30pm MT, Differentiation and Codependency: Becoming Responsible for Your Life

August 30, 6:30pm MT, Q&A for Evoke Families & Friends

September 1, 6:30pm MT, Changing Seasons: Learning to Let Go of Old Ideas, Relationships, and Contexts

Date TBA, 6:30pm MT, Q&A for Evoke Families & Friends

Date TBA, 6:30pm MT, How to Handle it When Your Child Turns 18 in the Wilderness

Date TBA, 6:30pm MT, Q&A for Evoke Families & Friends

### Intensives Alumni Online Support Groups

August 9, 6pm MT

September 13, 6pm MT

October 11, 6pm MT

November 8, 6pm MT

*"Even though our son attended your program during the summer of 2011, we try to attend every parent support group. We always learn something and continue to grow as parents. We also welcome the opportunity to help other parents who are currently going through the Evoke process." — California Parent*

# Parent Workshops

Each Evoke Therapy family is asked to attend our one-day online workshop while their child is enrolled in our program. Led by our experienced therapists and staff, parents are immersed in skills training and an experience that will help them understand and connect to their child. Practical skills and principles provide help for parents so that gains achieved in our wilderness programs can be sustained long after graduation. Parents who attend our workshops attest to the powerful experience of meeting therapists and staff, connecting with other parents, and getting a better understanding of their child's experience. (Before Covid, workshops were held in-person and Evoke is currently evaluating how and when to bring that practice back.)

> *"I thought I would leave the Evoke Parent Workshop with lists of books to read, handouts, and notes on lecture concepts. I love that I left Evoke with memories of staring into my new friend's beautiful brown eyes, attempting to make fire by 'busting', and having incredibly rejuvenating 'p-time'. This was a life changing experience!"*
>
> *— Evoke Parent*

---

## Workshop Schedules

Entrada Workshop Schedule

Online Parent Workshop Schedule

---

## Upcoming Workshops

### Online Parent Workshop

Sat, Aug 6, 2022
10:00am–5:00pm Mountain [MT]

add to calendar ⊕

Download Attachment: AUGUST-2022-PARENT-WORKSHOP.pdf

### Online Parent Workshop

Sat, Oct 1, 2022
10:00am–5:00pm Mountain [MT]

add to calendar ⊕

Download Attachment:

### Online Parent Workshop

Sat, Nov 12, 2022
10:00am–5:00pm Mountain [MT]

add to calendar ⊕

Download Attachment:

### In-person Parent Workshop

Feb 11 - 12, 2023
10:00am–5:00pm Mountain [MT]

add to calendar ⊕

Download Attachment:

### In-person Parent Workshop

add to calendar ⊕

Case 2:18-cv-01308-RSL   Document 60-3   Filed 09/09/22   Page 32 of 60

Mar 11 - 12, 2023
10:00am–5:00pm Mountain [MT]

Download Attachment:

---

In-person Parent Workshop

add to calendar ⊕

Apr 8 - 9, 2023
10:00am–5:00pm Mountain [MT]

Download Attachment:

---

In-person Parent Workshop

add to calendar ⊕

May 6 - 7, 2023
10:00am–5:00pm Mountain [MT]

Download Attachment:

"Very informative, compassionate, and supportive. The staff is amazing."

---

"I feel I learned a lot and have new tools and ways to support my son's process."

---

"The workshop was wonderful and enlightening."

---

"Any parent could benefit from learning these skills."

# Log in

That page is secured. Enter your credentials below and we will send you right along.

Email

Password

☐ Remember me next time?

log in

I've lost my password

For your security and confidentiality, **never** "remember" your password on a public computer (e.g. at hotels, FedEx Office, libraries, etc.)

*Required Field*

# Wilderness Admissions

**If you have any questions please call 1.866.411.6600**

At Evoke Therapy Programs we will provide you with a high level of personalized care, starting with the admissions process. Our admissions counselors tailor the enrollment process for each client and family, ensuring that you are placed with a clinician that best addresses your individualized needs. With years of experience and expertise, our admissions counselors are available to answer your questions and provide personalized service to help you begin your journey for a happier, healthier life. To speak to one of our **Admissions Counselors** to discuss any questions you might have, **call 1.866.411.6600**

## STEP 1
## Contact Admissions

Please contact one of our admissions counselors today at 1.866.411.6600. We take the time to learn about you, your situation, and provide answers to any questions you may have about Evoke Therapy Programs and the enrollment process.

CONTACT ADMISSIONS

## STEP 2
## Complete Admission Application

Complete the online Wilderness Admission Application.

CLICK TO APPLY

## STEP 3
## Your Application Is Reviewed

Our admissions, clinical, and medical departments will review your application and inform you of the status of your enrollment within 24 hours.

## STEP 4
## Submit Release Forms

Once approved, your Admissions Counselor will provide the appropriate Participant Release Forms to complete and submit.

## Additional Information

Airports

Evoke at Entrada in Santa Clara, UT: Las Vegas (LAS) or St. George, Utah (SGU)

We admit clients year-round, Monday through Friday. Admissions outside of these days are evaluated and arranged on a case-by-case basis.

Evoke Therapy Programs will provide all essential gear, clothing, personal items, and equipment for the Wilderness Therapy Program. Participants are responsible to provide their own eyeglasses (no contacts), prescription medication, and dental retainers.

## Cost

| DAILY RATE: | $625 |
|---|---|
| GEAR, CLOTHING AND EQUIPMENT: | $4,000 |

## Healthcare Insurance

Evoke's outdoor therapy programs at Entrada are intermediate mental healthcare programs. Please note that even though some of our clients are successful at receiving pre-authorization and/or reimbursements from their insurance companies, we can not guarantee it. Additionally, we do not bill insurance companies directly. Evoke Therapy Programs can refer you to a third-party claims specialist to consult with regarding your claims.

## Loan Provider

Prosper Healthcare Lending provides various loan programs for treatment. Evoke Therapy is approved by Prosper Healthcare Lending, a financial company that provides loans to families for behavioral healthcare needs. You can click the button below to submit a loan inquiry.



## Confidentiality & Privacy

Evoke Therapy Programs neither collects data-mining from our website; nor dispenses any private or personal information to third parties. Any information given on the application or on our secure Parent Portal is for the sole purpose of client treatment and is protected by HIPAA confidentiality standards.

## Contact Us

**Please call one of our Admissions Counselors at 1.866.411.6600.**

We are available at any time to answer your questions and provide more information about Evoke Therapy Programs. We look forward to speaking with you!

ENTRADA LOCATION

# Intensives Application Process

## The Application Process

**If you have any questions please call 866.411.6600 or email us at <u>intensives@evoketherapy.com</u>.**

Evoke Therapy Programs provides a high level of personalized care, starting with the registration process. With years of experience and expertise, our team can answer your questions and provide personalized service to help you begin your journey for a happier, healthier life. To speak to one of our registration specialists to discuss any questions you might have, call 1.866.411.6600 or email us at <u>intensives@evoketherapy.com</u>.

### Step by Step Process

Please call 1.866.411.6600 or email us at <u>intensives@evoketherapy.com</u> to express your interest in a program.
Your registration specialist will contact you regarding application process, and later to collect payment information and provide additional information regarding your arrival to the program.
Please confirm travel plans with your Evoke contact prior to purchasing tickets.

## Additional Information For In-Person Intensives

Airport: Salt Lake City, Utah (SLC)
Pricing: Please call us at 1.866.411.6600

## Confidentiality & Privacy

Evoke Therapy Programs neither collects data-mining from our website; nor dispenses any private or personal information to third parties. Any information given on applications, registrations, or on our secure Parent Portal is for the sole purpose of client treatment and is protected by HIPAA confidentiality standards.

## Contact Us

Please call one of our enrollment counselors at 1.866.411.6600 or email us at <u>intensives@evoketherapy.com</u>. We are available at any time answer your questions and provide more information about Evoke Therapy Programs. We look forward to speaking with you!

Finding You: An Evoke Therapy Podcast | Evoke Therapy Programs

# Finding You: An Evoke Therapy Podcast

*Finding You: An Evoke Therapy Podcast* is based on the Webinar series hosted by Dr. Brad Reedy. These broadcasts offer parents and other family members the tools, insight, and support they need to navigate life's challenges. This free resource offers anyone the chance to improve their relationship with a child, sibling, parent, or spouse struggling with mental health or addiction issues. Broadcast weekly, Dr. Reedy offers a new way of thinking about what it means to take care of your own mental health and to support others. Browse and choose from hundreds of titles. Listen, subscribe and share these valuable resources with others. You can also download them to listen on the go.

**Listen on Spotify**

**Listen on SoundCloud**

**Listen on Apple Podcasts**

## Some of Our Favorite Podcasts

8 Tools for Transforming Relationships

Healthy Detachment

Control vs. Influence

The Myth of Being Right

Self in Parenting

Entitlement

The Identified Patient

Boundaries

Codependency and Co-participation

Emerging Adulthood

Narcissism and the Narcissistic Wound

Challenging Notions of What it Means to Be a Good Parent

## Some of Our Favorite Book Reviews

Parenting from the Inside-Out, by Daniel Siegel and Mary Hatrzell pt. 1

Parenting from the Inside-Out, by Daniel Siegel and Mary Hatrzell pt. 2

Healthy Boundaries, based on The Dance of Anger by Harriet Lerner

Review of the Price of Privilege, by Madeline Levine

The Knight in Rusty Armor, by Robert Fisher

Letters of Juliet to the Knight in Rusty Armor, by J.D. Gill

Review of The Four Agreements by Don Miguel Ruiz

Review of The Drama of the Gifted Child, by Alice Miller

## About Our Programs

Grit, Resilience, and the Efficacy of Primitive Living, Nomadic Wilderness Therapy

Evoke Therapy Intensives

Evoke's Therapy Model

Finding You, Finding Family, and Finding Connection

# Live Webinars

## Live Webinars and an Extensive Library

At Evoke Therapy Programs we are invested in treating and supporting the whole family. We understand that when a child struggles, the entire family is affected. Dr. Brad Reedy broadcasts twice-weekly webinars and parents are invited to participate in these live sessions. One webinar each week is an open forum where parents are asked to provide questions for discussion. The other session is based on topics that provide parents tools and principles that support the treatment for their children. We also have webinars for family and friends and a sibling specific webinar each month, providing our clients with unmatched support in Wilderness Therapy.

We amassed nearly 400 webinars in our library, which can be searched by topic in our Parent Portal, a password-protected area of our site that provides families with access to resources and updates on their child. Many parents find solace and support in being able to access this information at home during and after their child's stay in our program.

Families have access to the webinars for life after graduating from our program, allowing them to attend a live webinar or revisit mental health topics such as addiction, anxiety, depression, self-esteem, trauma, grief and loss, and others to sustain the positive changes achieved at Evoke Therapy Programs.

## Where to Watch

[Watch on YouTube](#)

**Upcoming Webinars**

August 3, 6:30pm MT, Finding Meaning in the Second Half of Life: Reflecting on the work of James Hollis.

August 8, 6:30pm MT, Q&A for Evoke Families & Friends

August 10, 6:30pm MT, What to Look for in a Therapist and Therapy

August 16, 6:30pm MT, Q&A for Evoke Families & Friends

August 18, 6:30pm MT, Finding You, Finding Connection, and Finding Family: What is right for me?

August 23, 6:30pm MT, Q&A for Evoke Families & Friends

August 25, 6:30pm MT, Differentiation and Codependency: Becoming Responsible for Your Life

August 30, 6:30pm MT, Q&A for Evoke Families & Friends

September 1, 6:30pm MT, Changing Seasons: Learning to Let Go of Old Ideas, Relationships, and Contexts

Date TBA, 6:30pm MT, Q&A for Evoke Families & Friends

Date TBA, 6:30pm MT, How to Handle it When Your Child Turns 18 in the Wilderness

Date TBA, 6:30pm MT, Q&A for Evoke Families & Friends

Email [webinar@evoketherapy.com](mailto:webinar@evoketherapy.com) for access to the live broadcasts.

## What Parents Say:

> *"Through your webinars, we've learned to let things go and stop trying to control; especially when it is our fears that try to drive the agenda. I know I am not out of the woods yet, but things are different. Things that I learned through your webinars or recommended books come to me when I am tested. Things like justifying a heart at war, or truly looking to see your child and exposing your vulnerabilities to them. This journey Is not about my kid; it's about me. This has been the most trying time in my life, but I've learned to appreciate the challenges; they're my catalyst for something better. Thank you for your guidance."*
>
> *—Julie M., Parent from Ontario, Canada*

*"What a wonderful webinar!!! Our family got so much out of the hour. Our twelve-year-old son really enjoyed having all of his questions/concerns answered by you this evening….he said it made him feel secure. Our fifteen-year-old daughter was a bit nervous to ask any questions but she listened and identified with one question in particular. Your response was very comforting to her and our family. She said she didn't feel as "alone" as she did before. Just knowing that other siblings feel the way she had for so long."*

> *— Parents from San Diego, CA*

---

*"The webinars are like a booster shot during the week between our sessions."*

> *— Parent from Bend, OR*

# Blog Articles

## The Importance of Regulating the Nervous System

*Posted by* **Cori Wright** *on July 27, 2022* | **0 comment(s)**



If you have found yourself in a perpetual cycle of arguments and misunderstandings with others, or your family, this blog may be for you. I know how hopeless it can feel. "This argument? Again?...." or, "Aren't they over that yet?" I imagine you might be reading this because that feeling of hopelessness was so great you had to send your kid to wilderness therapy. I will never forget a moment in a group I was running as an intern with a group of adjudicated boys eight years ago. They were all so angry... non-compliant, rallying against me. I felt helpless. My supervisor happened to walk in during the near-mutiny, looked around for a second, and just yelled, "We need regulation!" She sent us out of the room and made us do a running game outside. Within ten minutes, it was like it had never happened.

**Read the full post**

## On Motherhood

*Posted by* **Sara Carroll** *on July 20, 2022* | **3 comment(s)**

Today, as I write this blog, I am 35 weeks pregnant with my first, and likely only, child. It's been a long emotional and physical process for my partner and I to get where we are now. There were disagreements in our late 20s about IF we should have a child at all. There were a number of years of therapy to dig through the weeds of my own childhood trauma, my distrust of myself as a potential mother, and the open wounds within my romantic relationship. There was a painful miscarriage along the way. And now, over the past eight months, I am finding myself transforming into a mother at the age of 41. "Journey" is the only word to describe how becoming a mother has felt for me.

**Read the full post**



## Summertime and the Living Is....

*Posted by* *Katelyn BeVard* *on July 13, 2022* | *0 comment(s)*

I have spent time in the wilderness in almost every condition imaginable and what I have learned over time is that every season and every element has its pros and cons. Its challenges and beautiful moments. As I begin to mentally and physically prepare for an upcoming field shift this summer, I am reminded of the unique experiences that summer in the desert brings.

Read the full post



## Field of Dreams

*Posted by* **_Brennan_** *on July 06, 2022* | _0 comment(s)_

Often, when speaking to prospective field instructors or parents of new students, the subject of sleep comes up in some fashion: "How will my child sleep out there?" "Are there tents?" and "How do you keep the [insert name of big scary creature] away?" are all common questions. I always look forward to these sleep-related queries because they allow me to highlight our risk management, the natural beauty of the high desert at night (truly my favorite time of day out there), and talk about just how good the sleep in the field can be. The truth is that there are no scary monsters lurking out in our field area and the weather typically allows for us to sleep out under the stars without tents. (We teach our students how to create primitive shelters in case of inclement weather.) It is this last piece, the importance of good quality sleep, that I want to touch on in this post.

_Read the full post_



## Wilderness: Embracing Change and Stillness

*Posted by **Sara Malas** on June 29, 2022  |  [3 comment(s)](#)*

A little less than two years ago, I had just completed my master's degree in Mental Health Counseling. It was the midst of the pandemic: I was seeing more than 20 clients on zoom for hours at a time, constantly staring at a screen, and wondering when life would allow me to hold in-person sessions again. I thought to myself, "How could I have just started my journey as a therapist and already feel this burnt out?" I was exhausted and in need of a change.

[Read the full post](#)



## Why Wilderness Therapy? A Field Staff Shares his Thoughts

*Posted by Ian Dempsey on June 22, 2022 | 1 comment(s)*

When I first heard about wilderness therapy, I just knew it was for me. I thought, "That exists?! I'm doing that." Being from the heavily wooded sprawl of the New York suburbs, when I saw the Evoke website, I immediately imagined doing therapy among sparse scrub, cactus, and red rock, with everything but what was absolutely necessary stripped away. And yet, when I began working wilderness (as this line of work is called by field staff), nothing felt more difficult or unnatural.

Read the full post



## Out of Africa--and into the Utah Desert

*Posted by Pika on June 15, 2022 | 1 comment(s)*

In August of 2019 I packed up my life and boarded a plane to Namibia. I was finally on the way to achieving my long-term dream of serving in the US Peace Corps. Little did I know that a mere seven months later I would be on a plane again headed right back home. Everyone has a story of how COIVD-19 affected their lives. This is mine about how the insanity that was 2020 brought me to Evoke.

Read the full post



## Play as Therapy

*Posted by* **Nateasa McGuire** *on June 08, 2022  |  0 comment(s)*

"Children act out when they can't or don't know how to get their needs met. We are all children."--Dr. Brad Reedy

Read the full post



---

## Evoke Wilderness: The Magic is in the People

*Posted by* **_Kevin "KP" Padowicz_** *on June 01, 2022* | _0 comment(s)_



The Evoke Therapy Programs team is a group of outstanding humans.

Read the full post

---

## Choosing the "Hard, Easy"

*Posted by **Sara Dobish** on May 26, 2022 | 0 comment(s)*

Here I sit, starting to write a blog that I knew for months was due today. This was a date I had chosen, and this isn't my first go around. I wrote a blog a couple months ago too, unfortunately in the same familiar fashion for me, last minute. I remember thinking to myself then, "Why do I procrastinate these tasks and create all of this unnecessary stress for myself. If only I had started this a few weeks ago, then I wouldn't be trying to figure out how to have this done an hour ago. Next time I won't wait so long to get started." And yet here I am, in the same position I have been in many times before, down to the wire.

Read the full post





# Links

Below are links to other resources and organizations associated with Evoke Therapy Programs and our clients. If you are interested in more information on any of these organizations and Evoke's relationship or involvement with them please contact an admissions counselor.

## Organizations of Support, Accreditation & Oversight



### ICEA

(Independent Educational Consultants Association) is a professional organization for independent educational consultants working in private practice. Educational consultants help families find the most appropriate placement for their loved ones, including therapeutic wilderness programs, adventure therapy programs, residential treatment centers, boarding schools or other special needs schools.



### NATSAP

The National Association of Schools and Programs (NATSAP) represents therapeutic schools and programs that work with troubled teens and young adults. NATSAP is a volunteer-based membership organization focused on supporting professionals and programs in their efforts to help troubled young people.

### OBH Council

The Outdoor Behavioral Healthcare Council (OBH) is a community of the leading outdoor behavioral healthcare programs working to advance the field of wilderness therapy through best practices, effective treatment, and evidence-based research.



[AEE](#)

The Association for Experiential Education (AEE) exists to develop and promote experiential education. AEE is committed to supporting professional development, theoretical advancement, and the evaluation of experiential education worldwide.



### State of Utah

Utah Department of Human Services, Office of Licensing, is the governing body responsible for licensing treatment programs in the State of Utah including Evoke at Entrada. Contact this agency to speak to a state licensor for information about Entrada and their record of safety with the State.

## Financial Assistance



Choose Mental Health

Choose Mental Health is the national voice for children's mental health, delivering stigma-free hope and a clear path to long term wellness. Its mission is to provide resources (financial and otherwise) to youth and their families that until now, only a select few ever find.



### Sky's The Limit Fund

The mission at Sky's the Limit Fund (STLF) is to transform the lives of youth in crisis and their families by providing access and financial assistance to wilderness therapy programs, coaching services to guide families during the transition home, and outreach to educate the community on the benefits of wilderness therapy.



### Evoke Family Foundation

The mission of the Evoke Family Foundation is to reduce financial barriers by providing grants to families of adolescents and young adults seeking behavioral, mental health, and addiction treatment through wilderness therapy. The Evoke Family Foundation provides financial aid in the form of grants to adolescents ages 13–17 and young adults ages 18–35 **with limited resources** who are at risk due to behavioral, mental health, and substance abuse issues with limited resources, so that they can attend a wilderness therapy program.



### Saving Teens

## Saving Teens

Saving Teens is a nonprofit organization providing funds and assistance for struggling teens and their families. They partner with educational consultants, wilderness, and aftercare programs in order to provide scholarships for families with financial limitations.



## Parker Bounds Johnson Foundation Wilderness4Life

It is the mission of Parker Bounds Johnson Foundation to serve at risk young people and their families through Wilderness therapy programs. Families in Oregon and Washington who have financial need are eligible to receive support that we are able to provide through generous donations.



## Jason Wiliam Hunt Foundation

Jason William Hunt Foundation supports at-risk youth by providing scholarships for outdoor experiential education and grants to qualified programs. Jason William Hunt was a man who set out to discover his true self through the experiences that only the outdoors can teach, which pointed his life on a course that brought hope, self-worth, direction, and confidence to the teens that he helped.



## Prosper Healthcare Lending

A variety of loan options are available for families with Prosper Healthcare Lending, an agency that has already pre-approved Evoke Therapy Programs.

## Other Organizations We Support & Collaborate With



## NAMI

Nami, the National Alliance on Mental Illness, is the nation's largest grassroots mental health organization dedicated to building better lives for the millions of Americans affected by mental illness. They offer resources and support nationwide for little to no cost.



## To Write Love on her Arms

To Write Love on Her Arms is a non-profit movement dedicated to presenting hope and finding help for people struggling with depression, addiction, self-injury, and suicide. TWLOHA exists to encourage, inform, inspire, and also to invest directly into treatment and recovery.



## Empowering Education

The owners at Evoke partnered with Empowering Education with the vision of bringing high-quality, Social and Emotional Learning (SEL) to students and their families. This Colorado-based nonprofit offers innovative services to schools including SEL classroom instruction, counseling, and professional development for educators. The relationship-based instruction are founded on the therapeutic wilderness philosophies embodied by Evoke.



## SunRidge Farms

SunRidge Farms is a Certified Green Business and embraces the preservation of ecological diversity, wildlife, and natural terrain. SunRidge Farms is a Certified Organic Manufactures & Distributor by Q.A.I., Certified USDA Organic, and Fair Trade Certified. As a Certified Green Business their energy system is comprised of 2500 USA made solar panels, uses a fleet of biodiesel delivery trucks, uses green carriers, and uses recyclable bulk bags.





## Sherpa Adventure Gear

Sherpa Adventure Gear is a top of the line technical clothing company owned, operated, and tested by Sherpas. Sherpa's commitment to providing high-quality standards reaches beyond their gear-line. Visit their website to learn more about their Paldorje Children's Foundation, providing scholarships for less fortunate Sherpa children or what Made in Nepal means to them.



## Kelty

Kelty is a local company for Evoke with distribution facilities right in Saint George, UT. Kelty is a long time supporter of The Conservation Alliance and Big City Mountaineers. As of 2015, The Conservation Alliance has helped save more than 44 million acres of wilderness and Big City Mountaineers transforms the lives of under-served urban youth through wilderness mentoring expeditions that instill critical life skills.



## Southern Utah Program Alliance

Twenty-two innovative treatment programs and schools have come together to form Southern Utah Program Alliance (SUPA). Ranging from therapeutic schools to wilderness treatment programs and more, SUPA supports adolescents, young adults, and their families in their quest for better mental and behavioral health.

# Video Gallery



SHERPA 2015—Our Story

# Books by Dr. Reedy

## The Audacity to Be You

The Audacity to Be You: Learning to Love Your Horrible, Rotten SelfDr. Reedy recently released *The Audacity to Be You: Learning to Love Your Horrible, Rotten Self* talks about how all our relationships are connected to the relationship we have with ourselves. He shows how the foundation for intimacy with partners, our ability to parent effectively, and the meaningfulness of our lives can be tied to how well we have unraveled our unique childhood history. The book is a simple but bold exploration into what makes us human and why happiness and connection are elusive for so many. Dr. Reedy's work is counter-intuitive, but the reader will often have the experience of being found and understood as they make their way through his work. Many readers say that reading his work is like hearing something for the first time that you already knew but just didn't have the words for.



More about *The Audacity to Be You*

Video: 12 Myths as Discussed in The Audacity to Be You

Read an overview and review of Dr. Reedy's book by Evoke's Malia Boyd

---

## The Journey of the Heroic Parent

*The Journey of the Heroic Parent: Your Child's Struggle and the Road Home*, Dr. Reedy uses his personal story and stories from thousands of clients, to share wisdom on how to think about parenting. Parents are asked to shift from relying on experts for advice to learning how to think about parenting questions by truly understanding themselves and doing their own work. Miles Adcox, Onsite Workshops CEO, praises the work as a "must-read for any parent" and Harriet Lerner, author of *The Dance of Anger*, calls Dr. Reedy a "gentle, authentic, and wise guide."



*Praise for The Journey of the Heroic Parent:*

Important, relevant, and vulnerable is Dr. Brad Reedy's message and road map for parents seeking deeper understanding, clarity, and happiness in The Journey of the Heroic Parent. I'm on the front lines daily with codependency and emotional trauma that parents often experience when their child needs or is in treatment and see first-hand the dramatic effect these conditions have on relationships. Unfortunately, far too many parents are torn apart by not having the tools Brad provides in this must read for any parent. This book is also an awakening to behavioral health professionals as this vital information is often overlooked. Parents looking for more than another self-help surface guide should take the time to invest in this smart and impactful resource.

—*Miles Adcox*, CEO Onsite Workshops

---

Dr. Brad Reedy and his partners have created, owned and operated one of the most successful wilderness treatment programs for more than 15 years. One of the keys to their success has been the skilled way in which Dr. Reedy helped parents understand their role and the path forward in helping themselves and their children negotiate the difficult struggles and obstacles of adolescence. For many years we have had parents talk about the insight and wisdom they gained from watching Brad's webinars on parenting. He has now produced an excellent book that is well written and provides a clear path for all parents in considering and improving their own journey of parenting.

—*John Santa, Ph.D.*, CO-CEO Montana Academy

---

With The Journey of the Heroic Parent, Dr. Reedy is not standing behind a lecture pulpit with microphone in hand, demanding for parents to change based on a prescriptive formula. He follows the pattern of many of the master-teachers. Such a pattern is characterized by asking the reader important questions. In his book, Dr. Reedy never provides a pat answer but through personal experiences is setting the stage of self-discovery—the most profound way of learning.

—*Jared Balmer, Ph.D.*, Co-Founder, Executive Director Waypoint Academy

*Brad's compassionate approach invites healing for children and for parents. His ability to help parents and children find their own voice comes as he takes you on the journey of exploring your relationship with yourself and your child. As a clinician I've watched countless families transform & heal. Most powerfully, I've experienced this process first hand as a parent. Trusting Brad's pioneering process is a transformative and healing experience like no other in the field of mental health.*

—*Dirk Eldredge, CIP, BRI I*, *CADAC Alchemy Intervention*

*I have had the honor and pleasure of knowing Dr. Brad Reedy for over twenty years. His dedication to the lives of adolescents and their families is commendable. I often refer families and have yet to encounter an adolescent or family who has not found the experience to be a life-changing first step on what is often a long and painful journey. I hear nothing but praise from parents for Dr. Reedy's webinars, and this book is a perfect adjunct to those presentations.*

—*Teri Solochek, Ph.D.*, *C.E.P. Educational Consultant*

*When we sent our son to Second Nature Wilderness Therapy we thought we were sending him there to get "fixed". We couldn't have been more wrong! Instead, we embarked on a journey that broke our family open and became the greatest gift we have ever received. The Journey of the Heroic Parent beautifully incorporates all the lessons and tools we received while working with Brad and Second Nature. It is a thorough guide book for the journey through parenting, and absolutely the best one I have ever read. Brad taught us to look within and ask ourselves the deep personal questions that enabled us to find our own answers we needed to parent effectively. We also learned that our own personal growth and self care are the back bone to successful parenting. We now understand this to be a life long journey with no destination, but instead an ongoing process of exploration into ourselves and with our loved ones. I am deeply grateful to Brad for the tool box he gave our family, that we now have for a lifetime. Our family has had the benefit of Brad Reedy's guidance and support for the past three years, ever since our teenage daughter spent several months learning and growing at the Wilderness Program. Our understanding of our own family dynamic has continued to deepen through an ongoing series of parent workshops offered by his program. Brad's insightful new book, The Journey of the Heroic Parent: Your Child's Struggle and the Road Home makes his thoughtful approach available to anyone who struggles with the demands of parenting a troubled child, adolescent, or young adult. The book offers many vitally important lessons, including:*

*We interfere with our children's growth if we try to shield them from pain or control their journey.*
*We can work on ourselves. This involves taking a hard look at our own role in the family dynamic.*
*We can talk less, fix less, and listen more.*
*We can identify what boundaries we wish to set with our kids.*

*This helps us to be clear and consistent in the messages we impart to them. These lessons are valuable for all parents (whether their kids are struggling or not). We find we're becoming better parents to both of our children by incorporating these principles into our everyday behavior — and we're finding more room in our lives for peace and happiness.*

—*Tim and Jennifer*, *Southern California Parents*

*What I love about Brad's work is that he doesn't preach or give advice. Rather he guides the parent and child through a process of self-discovery. Learning that we have all the wisdom we need, buried beneath our fears, shame, and myriad of voices in our head is an empowering experience.*

—*Elisa Hallerman*, *Founder/C.E.O. Recovery Management Agency*

*In The Journey of the Heroic Parent, Dr. Reedy shows us how to parent with an Open Heart. He is able to help parents see through the confusion, frustration, and anxieties to discover their own voice in parenting, and to discover that the journey of being a healthy parent is really the journey of being a healthy person. As we embrace our journey, we will be able to add greater insight and skills to a most profound love—the love of that between a mother and her children.*

—*Jane Seymour*, *Emmy & Golden Globe Winning Actress, Author, Artist, Entrepreneur, and Mother*

Case 2:18-cv-01308-RSL   Document 60-3   Filed 08/09/22   Page 59 of 60

*The Journey of the Heroic Parent shows how the generation gap that exists between parents and children can be bridged as a parent embraces their own journey of self discovery.*

 —**Nikki Sixx**, *Bass Player/Motley Crue, Sixx A.M. and Sixx Sense Radio Host*

# Contact

First and Last Name *

Email *

Phone Number

Preferred Contact Method

Email

Message *

I'm not a robot

reCAPTCHA
Privacy - Terms

Submit

*Required Field*

ease do not use this form for job inquiries. Please refer to the **Careers Page**.