THE HONORABLE JUDGE ROBERT S. LASNIK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

S.L., by and through his parents and guardians, J.L. and L.L.,

    Plaintiff,

v.

PREMERA BLUE CROSS; AMAZON CORPORATE LLC GROUP HEALTH AND WELFARE PLAN; and AMAZON CORPORATE LLC,

    Defendants.

Case No.: 2:18-cv-01308-RSL

**DECLARATION OF BRODIE DYCHINCO**

I, Brodie Dychinco, state as follows:

1. I am Amazon.com's Senior Manager, Health Programs. I am of legal age, am competent to testify, and have personal knowledge of the matters herein.

2. In 2016, the Summary Plan Description for the Premera Standard Plan was the governing plan document for that component of the Amazon Corporate LLC Group Health and Welfare Plan (Plan). There was no separate governing Plan document.

SWORN TO under penalty of perjury under the laws of the United States of America to the best of my knowledge and belief.

DECLARATION OF
BRODIE DYCHINCO - 1

(CASE NO.: 2:18-CV-01308-RSL)

**KILPATRICK TOWNSEND & STOCKTON LLP**
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713  FAX: (206) 260-8946

1 | DATED this 9th of day of August, 2022.

By _____
DocuSigned by:
Brodie Dychinco
1AB38C5262D6415...

DECLARATION OF
BRODIE DYCHINCO - 2

(CASE NO.: 2:18-CV-01308-RSL)

**KILPATRICK TOWNSEND & STOCKTON LLP**
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713  FAX: (206) 260-8946