THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

S.L., by and through his parents and
guardians, J.L. and L.L.,

              Plaintiff,

    v.

PREMERA BLUE CROSS, AMAZON
CORPORATE LLC GROUP HEALTH
AND WELFARE PLAN, and AMAZON
CORPORATE LLC,

              Defendants.

Case No. 2:18-cv-01308-RSL

DECLARATION OF MEGAN E. GLOR IN
SUPPORT OF PLAINTIFF'S REPLY
REGARDING PLAINTIFF'S MOTION TO
(1) EXTEND DEADLINE FOR FILING OF
PLAINTIFF'S OPPOSITION TO
DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT (DKT. #59); (2)
EXTEND DEADLINE FOR FILING OF
PLAINTIFF'S MOTION FOR SUMMARY
JUDGMENT; AND (3) STRIKE TRIAL
DATE AND RELATED DEADLINES (DKT.
#58) PENDING THE COURT'S RULING
ON PLAINTIFF'S PENDING MOTION TO
COMPEL (DKT. #50)

**Noted for Consideration: August 19, 2022**

       I, Megan E. Glor, do hereby declare under penalty of perjury and in accordance

with the laws of the State of Oregon that the following statements are true and based

upon personal knowledge.

/ /

Page 1 - DECLARATION OF MEGAN E. GLOR IN SUPPORT OF
PLAINTIFF'S REPLY IN SUPPORT OF PLAINTIFF'S MOTION
TO EXTEND DEADLINES AND STRIKE TRIAL DATE AND
RELATED DEADLINES PENDING THE COURT'S RULING ON
PLAINTIFF'S PENDING MOTION TO COMPEL
(No. 2:18-cv-01308-RSL)

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR  97212
Tel: 503-223-7400

1.      I am one of the lawyers representing the plaintiff in this matter.

2.      Attached as *Exhibit A*, page 1, is a true and correct copy of a July 11, 2022, email from plaintiff's counsel, Eleanor Hamburger, to this Court's Courtroom Deputy, with copies to the email addresses of all counsel of record. Attached as *Exhibit A*, page 2, is a true and correct copy of a July 13, 2022, email from this Court's Courtroom Deputy to Ms. Hamburger, in response to Ms. Hamburger's July 11, 2022 email, with copies to the email addresses of all counsel of record.

Dated: August 18, 2022.

s/ Megan E. Glor
Megan E. Glor, OSB #930178
(admitted *pro hac vice*)
707 NE Knott Street, Suite 101
Portland, OR  97212
Telephone: 503-223-7400
Facsimile: 503-751-2071

Page 2 - DECLARATION OF MEGAN E. GLOR IN SUPPORT OF
PLAINTIFF'S REPLY IN SUPPORT OF PLAINTIFF'S MOTION
TO EXTEND DEADLINES AND STRIKE TRIAL DATE AND
RELATED DEADLINES PENDING THE COURT'S RULING ON
PLAINTIFF'S PENDING MOTION TO COMPEL
(No. 2:18-cv-01308-RSL)

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR  97212
Tel: 503-223-7400