# Exhibit A

Case 2:18-cv-01308-RSL   Document 66-1   Filed 08/18/22   Page 1 of 3



**Megan Glor <megan@meganglor.com>**

## S.L. v. Premera Blue Cross et al., C18-1308RSL

**Ele Hamburger** <ele@sylaw.com>                                                                                           Mon, Jul 11, 2022 at 9:19 AM
To: "teri_roberts@wawd.uscourts.gov" <teri_roberts@wawd.uscourts.gov>, Megan Glor <megan@meganglor.com>
Cc: Rick Spoonemore <rick@sylaw.com>, "gpayton@kilpatricktownsend.com" <gpayton@kilpatricktownsend.com>

Dear Ms. Roberts,

We wanted to inquire as to the status of the pending Motion to Compel in this matter (Dkt. No. 50), which was fully briefed in March 2021. We understand that the courts have been extremely taxed during the pandemic, but wanted to make sure that our motion was still pending for the Court's consideration.

Thank you for your consideration.

Sincerely yours,

Ele


**Ele Hamburger**

S<small>IRIANNI</small> Y<small>OUTZ</small>

S<small>POONEMORE</small> H<small>AMBURGER</small> PLLC

3101 W<small>ESTERN</small> A<small>VENUE</small>, S<small>UITE</small> 350
S<small>EATTLE</small>, W<small>ASHINGTON</small>  98121


D<small>IRECT</small> L<small>INE</small>: (206) 838-1809

G<small>ENERAL</small> O<small>FFICE</small>: (206) 223-0303

F<small>ACSIMILE</small>:  (206) 223-0246

E-<small>MAIL</small>:  ehamburger@sylaw.com

W<small>EBSITE</small>:  www.sylaw.com


I am presently working remotely but regularly checking voice messages left on my direct line.



**Megan Glor <megan@meganglor.com>**

## S.L. v. Premera Blue Cross et al., C18-1308RSL

**Teri Roberts** <Teri_Roberts@wawd.uscourts.gov>  Wed, Jul 13, 2022 at 10:59 AM
To: Ele Hamburger <ele@sylaw.com>, Megan Glor <megan@meganglor.com>
Cc: Rick Spoonemore <rick@sylaw.com>, "gpayton@kilpatricktownsend.com" <gpayton@kilpatricktownsend.com>

Hi Counsel,

The law clerk has completed her recommendation and we are just waiting on the judge. I have no time line for this.

Teri

**From:** Ele Hamburger <ele@sylaw.com>
**Sent:** Monday, July 11, 2022 9:20 AM
**To:** Teri Roberts <Teri_Roberts@wawd.uscourts.gov>; Megan Glor <megan@meganglor.com>
**Cc:** Rick Spoonemore <rick@sylaw.com>; gpayton@kilpatricktownsend.com
**Subject:** RE: [External] S.L. v. Premera Blue Cross et al., C18-1308RSL

**CAUTION - EXTERNAL:**

[Quoted text hidden]