THE HONORABLE JUDGE ROBERT S. LASNIK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| S.L., by and through his parents and guardians, J.L. and L.L., <br><br> Plaintiff, <br><br> v. <br><br> PREMERA BLUE CROSS, AMAZON CORPORATE LLC GROUP HEALTH AND WELFARE PLAN, and AMAZON CORPORATE LLC, <br><br> Defendants. | Case No.: 2:18-cv-01308-RSL <br><br> **ORDER GRANTING JOINT STIPULATED MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS** |

THIS MATTER having come before the below-signed Judge of the above-entitled Court upon Parties JOINT STIPULATED MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS and the Court having considered the motion and the pleadings in this matter, and it appearing to be in the best interest of the case, therefore,

IT IS HEREBY ORDERED that the Parties' JOINT STIPULATED MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS is GRANTED. Parties shall file their briefs on or by December 1, 2022.

ORDER GRANTING JOINT STIPULATED MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS - 1

**KILPATRICK TOWNSEND & STOCKTON LLP**
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA  98101
(206) 626-7713  FAX: (206) 260-8946

DATED this __30th__ day of ____September____, 2022.

_____
ROBERT S. LASNIK