THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| S.L., by and through his parents and guardians, J.L. and L.L., <br><br> Plaintiff, <br><br> v. <br><br> PREMERA BLUE CROSS, AMAZON CORPORATE LLC GROUP HEALTH AND WELFARE PLAN, AND AMAZON CORPORATE LLC, <br><br> Defendants. | Case No. 2:18-cv-01308-RSL <br><br> DECLARATION OF ELEANOR HAMBURGER IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

I, Eleanor Hamburger, hereby declare under penalty of perjury and in accordance with the laws of the State of Washington and the United States that:

1. I am one of the plaintiff's lawyers in this case.

2. Attached as Exhibit A are excerpts of the deposition of Robert Small, M.D., taken on April 16, 2021 in *P.E.L et al v. Premera Blue Cross*, Case No. 19-2-256109-SEA (Wash. Superior Court).

/ /

---

Declaration of Eleanor Hamburger in Support of
Plaintiff's Motion For Summary Judgment - p. 1 of 2
(No. 2:18-cv-01308-RSL)

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR  97212
503-223-7400

DATED:  January 13, 2023 at Seattle, Washington.

s/ Eleanor Hamburger
Eleanor Hamburger, WSBA No. 26478
Email: ehamburger@sylaw.com

Declaration of Eleanor Hamburger in Support of
Plaintiff's Motion For Summary Judgment - p. 2 of 2
(No. 2:18-cv-01308-RSL)

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR  97212
503-223-7400