THE HONORABLE JUDGE ROBERT S. LASNIK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| S.L., by and through his parents and guardians, J.L. and L.L., <br><br> Plaintiff, <br><br> v. <br><br> PREMERA BLUE CROSS, AMAZON CORPORATE LLC GROUP HEALTH AND WELFARE PLAN, and AMAZON CORPORATE LLC, <br><br> Defendants. | Case No.: 2:18-cv-01308-RSL <br><br> **ORDER GRANTING JOINT STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RESPONSES AND REPLIES TO MOTIONS FOR SUMMARY JUDGMENT (DKTS. 75 AND 77)** |

THIS MATTER having come before the below-signed Judge of the above-entitled Court upon Parties JOINT STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RESPONSES AND REPLIES TO MOTIONS FOR SUMMARY JUDGMENT (DKTS. 75 AND 77) and the Court having considered the motion and the pleadings in this matter, and it appearing to be in the best interest of the case, therefore,

IT IS HEREBY ORDERED that the Parties' JOINT STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RESPONSES AND REPLIES TO MOTIONS FOR

ORDER GRANTING JOINT STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RESPONSES AND REPLIES TO MOTIONS FOR SUMMARY JUDGMENT (DKTS. 75 AND 77) - 1

**KILPATRICK TOWNSEND & STOCKTON LLP**
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713  FAX: (206) 260-8946

SUMMARY JUDGMENT (DKTS. 75 AND 77) is GRANTED.  Parties shall file their briefs as follows:

- Deadline for Parties to Respond to Motion for Summary Judgment (Dkts. 75 and 77), February 27, 2023.
- Deadline for Parties to Reply to Response to Motion for Summary Judgment (Dkts. 75 and 77), March 3, 2023.

DATED this 2nd day of February, 2023.

_____
ROBERT S. LASNIK

Presented By:

**KILPATRICK TOWNSEND
& STOCKTON LLP**
Gwendolyn C. Payton, WSBA No. 26752
gpayton@kilpatricktownsend.com
Address:  1420 5th Avenue, Suite 3700
Seattle, WA  98101
Telephone:  206.467.9600
Fax:  206.623.6793

ORDER GRANTING JOINT STIPULATED MOTION  FOR EXTENSION OF TIME TO FILE RESPONSES AND REPLIES TO MOTIONS FOR SUMMARY JUDGMENT (DKTS. 75 AND 77) - 2

**KILPATRICK TOWNSEND & STOCKTON LLP**
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA  98101
(206) 626-7713  FAX: (206) 260-8946