# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| S.L., by and through his parents and guardians, J.L. and L.L.,<br><br>          Plaintiff,<br><br>     v.<br><br>PREMERA BLUE CROSS, AMAZON CORPORATE LLC GROUP HEALTH AND WELFARE PROGRAM, and AMAZON CORPORATE LLC,<br><br>          Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER:  2:18-cv-01308-RSL |

____   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Judgment is entered in favor of Defendants Premera Blue Cross, Amazon Corporate LLC Group Health and Welfare Program, and Amazon Corporate LLC, against Plaintiff S.L., by and through his parents and guardians, J.L. and L.L.

DATED this 2nd day of June, 2023.

                                        RAVI SUBRAMANIAN,
                                        Clerk of the Court

                              By:   */s/ Victoria Ericksen*
                                         Deputy Clerk